**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**PRISONER CASE**

## Civil Cover Sheet

FILED
AUG 2 4 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. PATRICK O'CONNOR | **Defendant(s):** MICHAEL F. SHEAHAN, et al. |
| County of Residence: COOK | County of Residence: |
| Plaintiff's Atty: Patrick O'Connor (#2002-0018557)<br>Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | Defendant's Atty: Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 |

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

05C 4880

**III. Citizenship of Principal Parties** (Diversity Cases Only)
  Plaintiff:- N/A
  Defendant:- N/A

JUDGE DER-YEGHIAYAN

**IV. Origin :** 1. Original Proceeding

MAGISTRATE JUDGE LEVIN

**V. Nature of Suit:** 530 Habeas Corpus General

**VI. Cause of Action:** 28:2254

**VII. Requested in Complaint**
  Class Action:
  Dollar Demand:
  Jury Demand: **No**

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** *A.E. Woodham*
**Date:** 8-24-05

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it.