# United States District Court for the Northern District of Illinois

Case Number: **05C 4880**   Assigned/Issued By: _____aew_____

---

## FEE INFORMATION

**Amount Due:**
- [ ] $250.00
- [ ] $39.00
- [x] ~~$5.00~~
- [ ] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $255.00

No. Service copies __1__

*(For use by Fiscal Department Only)*

Amount Paid: __$5.00__     Receipt #: __10329677__

Date Payment Rec'd: __8/24/5__     Fiscal Clerk: __NT__

---

## ISSUANCES

- [ ] Summons
- [ ] Third Party Summons
- [ ] Non Wage Garnishment Summons
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ _____ (Type of Writ)

- [ ] Alias Summons
- [ ] Lis Pendens
- [ ] Abstract of Judgment

_____
_____
(name of victim, who it's against and $ amount)

Original and _____ copies on _____ as to _____
                              (Date)

C:\wpwin80\docket\feeinfo.frm     03/23/05