E-FILED
Thursday, 12 October, 2006  10:31:33 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

October 3, 2006

U.S. District Court
151 U.S. Courthouse
600 E. Monroe Street
Springfield, IL 62701

RE: Patrick O'Connor  Vs.  Michael F. Sheahan, et al
Case No:  05 C 4880

A TRUE COPY ATTEST
MICHAEL W. DOBBINS, CLERK
BY: V. Jones
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 10-3-06

Enclosed is the certified record which is being transferred to your court pursuant to an order dated 9/18/06 by the Honorable Samuel Der-Yeghiayan. Enclosed is a certified copy of the transfer order and docket sheet.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:  V. Jones
Deputy Clerk

Enclosires

New Case No. __06-3229_____    Date ___October 6, 2006___

CLOSED, HABEAS, LEVIN, TRANSFER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.5 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:05-cv-04880
### Internal Use Only

O'Connor v. Sheahan et al
Assigned to: Honorable Samuel Der-Yeghiayan
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/24/2005
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: Federal Question

**Petitioner**

**Patrick O'Connor**
*United States of America ex rel.*

represented by **Patrick O'Connor**
B-45832
Logan - LGN
R.R. 3 , P.O. Box 1000
Lincoln, IL 62656
PRO SE

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By [signature] Jones
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 10-3-06

V.

**Respondent**

**Michael F Sheahan**
*Warden*

represented by **Colleen M. Griffin**
Illinois Attorney General's Office
100 West Randolph Street
12th Floor
Chicago, IL 60601
(312)814-4684
Email: cgriffin@atg.state.il.us
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General Of The State Of Illinois**

**Service List**

represented by **Chief of Criminal Appeals**
Attorney General's Office
100 West Randolph - 12 Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**

Email:
Prison1_ILND@ilnd.uscourts.gov
*TERMINATED: 12/22/2005*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2005 | 1 | PETITION for writ of habeas corpus filed by Patrick O'Connor against Michael F Sheahan, Attorney General Of The State Of Illinois.(jmm, ) (Entered: 08/26/2005) |
| 08/24/2005 | 2 | CIVIL Cover Sheet. (jmm, ) (Entered: 08/26/2005) |
| 08/24/2005 | 3 | RECEIPT regarding payment of filing fee paid on 8/24/2005 in the amount of $5, receipt number 10329677. (jmm, ) (Entered: 08/26/2005) |
| 08/24/2005 | 4 | POST MARKED envelope for initiating document by Patrick O'Connor (aew, ) (Entered: 08/29/2005) |
| 08/26/2005 |  | MAILED copy of petition to Chief of Criminal Appeals, via certified mail, article number 7004 2510 0001 9666 9433. (jmm, ) (Entered: 08/26/2005) |
| 09/06/2005 | 5 | RETURN of Post Office receipt number 7004 2510 0001 9666 9433 as to Chief of Criminal Appeals. (jmm, ) (Entered: 09/08/2005) |
| 10/06/2005 | 6 | MOTION by Petitioner Patrick O'Connor for appointment of counsel, other than the public. (vmj, ) (Entered: 10/11/2005) |
| 10/06/2005 | 7 | MOTION by Petitioner Patrick O'Connor for preliminary injunction and temporary restraining order (vmj, ) (Entered: 10/11/2005) |
| 12/14/2005 | 8 | MINUTE entry before Judge Samuel Der-Yeghiayan: Status hearing set for 05/04/06 at 9:00 a.m. Respondents are given until 01/04/06 to answer, move or otherwise plead to the petitioner's petition for writ of habeas corpus. If the respondent answer's petitioner's writ of habeas corpus, petitioner's reply in support of his petition for writ of habeas corpus shall be filed by 02/06/06. In the event the respondent moves to dismiss, petitioner is given until 02/06/06 to file his answer to respondent's motion to dismiss and respondent is given until 02/20/06 to file his reply. For the reasons stated below, petitioner's motion for appointment of counsel and motion for preliminary restraining order are denied. Mailed notice (jmm, ) (Entered: 12/15/2005) |
| 12/22/2005 | 9 | ATTORNEY Appearance for Respondent Michael F Sheahan by Colleen M. Griffin (Griffin, Colleen) (Entered: 12/22/2005) |
| 12/22/2005 | 10 | MOTION by Respondent Michael F Sheahan for extension of time to file answer (Griffin, Colleen) (Entered: 12/22/2005) |
| 12/22/2005 | 11 | NOTICE of Motion by Colleen M. Griffin for presentment of motion for extension of time to file answer10 before Honorable Samuel Der-Yeghiayan on 1/5/2006 at 09:00 AM. (Griffin, Colleen) (Entered: 12/22/2005) |

| | | |
|---|---|---|
| 12/23/2005 | 12 | LETTER from Patrick O'Connor dated 12/15/05. (jmm, ) (Entered: 12/27/2005) |
| 12/28/2005 | 13 | MOTION by Respondent Michael F Sheahan for extension of time to file answer *corrected motion for extension of time* (Griffin, Colleen) (Entered: 12/28/2005) |
| 12/28/2005 | 14 | NOTICE of Motion by Colleen M. Griffin for presentment of motion for extension of time to file answer13 before Honorable Samuel Der-Yeghiayan on 1/5/2006 at 09:00 AM. (Griffin, Colleen) (Entered: 12/28/2005) |
| 01/04/2006 | 15 | MINUTE entry before Judge Samuel Der-Yeghiayan : Respondent's motion for extension of time to answer or otherwise plead is granted 1013. Respondent is given until 02/03/06 to answer, move or otherwise plead to the petitioner's petition for writ of habeas corpus. If the respondent answer's petitioner's writ of habeas corpus, petitioner's reply in support of his petition for writ of habeas corpus shall be filed by 03/06/06. In the event the respondent moves to dismiss, petitioner is given until 03/06/06 to file his answer to respondent's motion to dismiss and respondent is given until 03/20/06 to file his reply. Status hearing reset to 05/30/06 at 9:00 a.m. Status hearing set for 05/04/06 is stricken. Mailed notice (jmm, ) (Entered: 01/05/2006) |
| 01/09/2006 | 16 | LEAVE by Patrick O'Connor to file amendments and substition of parties. (jmm, ) (Entered: 01/11/2006) |
| 01/23/2006 | 20 | MOTION by Petitioner Patrick O'Connor to reconsider. (jmm, ) (Entered: 01/27/2006) |
| 01/24/2006 | 17 | MOTION by Respondent Attorney General Of The State Of Illinois for extension of time *to file answer or otherwise plead* (Griffin, Colleen) (Entered: 01/24/2006) |
| 01/24/2006 | 18 | NOTICE of Motion by Colleen M. Griffin for presentment of motion for extension of time17 before Honorable Samuel Der-Yeghiayan on 2/1/2006 at 09:00 AM. (Griffin, Colleen) (Entered: 01/24/2006) |
| 01/24/2006 | 19 | MINUTE entry before Judge Samuel Der-Yeghiayan: For the reasons stated below, petitioner's motion for leave to amend his petition for writ of habeas corpus is granted and his motion to substitute is denied as moot. Petitioner is given until 02/10/06 to file an amended petition for writ of habeas corpus. Respondent is given until 03/10/06 to answer, mover or otherwise plead to the petition. In the event the respondent answers the petition, petitioner is given until 04/10/06 to file his reply in further support of his petition. In the event respondent moves to dismiss the petition, petitioner is given until 04/10/06 to file his response and respondent is given until 04/24/06 to file a reply in further support. Status hearing reset to 06/22/06 at 9:00 a.m. Status hearing set for 05/30/06 is stricken. Mailed notice (jmm, ) (Entered: 01/25/2006) |

| | | |
|---|---|---|
| 01/31/2006 | 21 | MINUTE entry before Judge Samuel Der-Yeghiayan : Respondent's motion for extension of time 17 is denied as moot. Mailed notice (mw, ) (Entered: 01/31/2006) |
| 01/31/2006 | 22 | MOTION by Petitioner Patrick O'Connor for sanctions. (jmm, ) (Entered: 02/02/2006) |
| 02/13/2006 | 23 | MOTION by Petitioner Patrick O'Connor for extension of time. (jmm, ) (Entered: 02/15/2006) |
| 02/22/2006 | 24 | MINUTE entry before Judge Samuel Der-Yeghiayan: For the reasons stated below, the instant matter is hereby ordered transferred to United States District Court for the Southern District of Illinois. Status hearing set for 06/22/06 before this court is stricken as moot. Civil case terminated. Mailed notice (jmm, ) (Entered: 02/24/2006) |
| 03/08/2006 | 25 | LETTER from plaintiff. (jmm, ) (Entered: 03/10/2006) |
| 03/17/2006 | 26 | MOTION by Petitioner Patrick O'Connor for extension of time. (jmm, ) (Entered: 03/21/2006) |
| 03/24/2006 | 27 | TRANSFERRED to the USDC Sourthern District Of Illinois the case file the electronic file with instructions and paper documents numbered 4, 16, 20, 23, certified copy of transfer order, and docket sheet via certified mail number 7004 2510 0001 9721 2027. (jmm, ) (Entered: 03/24/2006) |
| 08/07/2006 | 31 | RECEIVED from USDC/SD IL; Case Number 06-259; Transfer letter; certified copy of docket sheet numbered 1-30; with Original Documents: 12,13,19, 20, 25, 26, 27 and 28. (gcy, ) (Entered: 08/10/2006) |
| 08/07/2006 | 32 | ORIGINAL DOCUMENTS RECEIVED: 12 Petitioner's request for Leave to file amendments and substitution of parties; 13 Petitioner's motion to reconsider; 19 Petitioner's motion for extension of time; [24] Certified Copy of Minute Order; 25 Letter from Patrick O'Connor; 26 Petitioner's motion for change of venue; 27 Letter from Patrick O'Connor; [28] Petitioner's motion for change of venue. (gcy, ) Modified on 8/18/2006 (gcy, ). (Entered: 08/10/2006) |
| 08/07/2006 | | ******Case Reopened (vmj, ) (Entered: 09/19/2006) |
| 09/18/2006 | 33 | MINUTE entry before Judge Samuel Der-Yeghiayan : After further review, the instant matter is hereby ordered transferred to the United States District Court for the Central District of Illinois, Springfield Division. All pending dates and motions pending before this court are hereby denied without prejudice to move before the United States District Court for the Central District of Illinois. Mailed (vmj, ) (Entered: 09/19/2006) |
| 09/18/2006 | | ***Civil Case Terminated. (vmj, ) (Entered: 09/19/2006) |
| 10/03/2006 | 34 | TRANSFERRED to the USDC, Central District of Illinois, Springfield Division the file, certified copy of transfer order, and docket sheet via certified mail number 7006 0100 0001 7312 3836. Mail copy of transmittal letter to attorneys of record. (vmj, ) (Entered: 10/03/2006) |