

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

October 12, 2006

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph Street
12th Floor
Chicago, IL  60601

        RE: O'Connor V. Sheahan et al
        CASE NO. In Northern District of Illinois: 05-4880
        CASE NO. In Central District of Illinois: 06-3229

Dear Counsel:

     Pursuant to an Order of the Court, the above case has been transferred to the Springfield Division of the Central District of Illinois. All future pleadings should be e-filed and should indicate the Civil Case Number only.

     The Central District of Illinois is now an Electronic Case Files Court and all filing should be e-filed according to the Administrative Procedures for the Central District of Illinois.  These procedures along with registration forms for e-filing may be downloaded from our web site located at www.ilcd.uscourts.gov.

        Very truly yours,


        s/John M. Waters

        JOHN M. WATERS, CLERK
        U.S. DISTRICT COURT

JMW/mas