IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PATRICK O'CONNOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 06-3229 |
| | ) | |
| MICHAEL F. SHEAHAN, | ) | |
| | ) | |
| Respondent. | ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This is the initial consideration of the Petitioner's petition pursuant to Rule 4 of the Rules Governing § 2254 Cases.

After reviewing the petition, the Court finds that a summary dismissal is not warranted.

Therefore pursuant to Rule 4, the Court directs the Attorney General for the State of Illinois to respond to the Petitioner's petition.  The response

1

shall discuss the merits and the procedural posture of the petition, <u>i.e.</u> whether the Petitioner has exhausted his state remedies and/or procedurally defaulted any of his claims. <u>See</u> Rule 5 of the Rules Governing § 2254 cases.

<u>Ergo</u>, the Attorney General for the State of Illinois is ORDERED to file by December 1, 2006 an answer, pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 cases, to the Petitioner's petition for a writ of habeas corpus.

ENTER: October 27, 2006

    FOR THE COURT:

                                        s/Richard Mills
                                        United States District Judge