IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(SPRINGFIELD)

| | | |
|---|---|---|
| PATRICK O'CONNOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 06-3229 |
| | ) | |
| MICHAEL F. SHEAHAN,[1] | ) | The Honorable |
| | ) | Richard Mills, |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

NOW COMES RESPONDENT, Michael Sheahan, by and through his attorney, LISA MADIGAN, Attorney General of the State of Illinois, and moves this Court for a thirty-five (35) day extension of time to file his answer, or otherwise plead, to the instant petition for writ of habeas corpus, from December 1, 2006, to and including January 4, 2007. An affidavit in support of this motion is attached hereto.

                                                           LISA MADIGAN
                                                         Attorney General of Illinois

                         By:    s/Colleen M. Griffin
                               COLLEEN M. GRIFFIN
                               Assistant Attorney General
                               100 West Randolph Street, 12th Floor
                               Chicago, Illinois 60601
                               (312) 814-4684

---

[1] Petitioner is now incarcerated at the Logan Correctional Center, where Greg Firkus is the warden. Because Greg Firkus is the current "state officer having custody of the applicant," he should "be named as respondent" in this habeas action. See Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts; Fed.R.Civ.P. 25(d)(1); *Bridges v. Chambers*, 425 F.3d 1048, 1049-1050 (7th Cir. 2005); *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) (citing *Hogan v. Hanks*, 97 F.3d 189, 190 (7th Cir. 1996)).

State of Illinois )
                 ) S.S.
County of Cook )

## A F F I D A V I T

COLLEEN M. GRIFFIN, being first duly sworn upon oath, deposes and states as follow:

1. That I am the Assistant Attorney General assigned to represent respondent in this matter.

2. That the answer to the instant petition is due to be filed on or before December 1, 2006.

3. That affiant is attempting to procure the necessary documents to prepare a response in this matter. However, petitioner has a current appeal pending in the state court system, and the record is either in the appellate court, or in the possession of the State Appellate Defender. Affiant believes petitioner has not yet exhausted his state court remedies regarding the claims made in his habeas petition before this Court, but has yet been unable to gather the materials necessary to make that determination.

4. That this is respondent's first request for an extension of time.

5. That this motion is not for purposes of delay, but is made solely to ensure that respondent's interests are adequately protected.

6. That Respondent respectfully requests that this Honorable Court grant his thirty-five day request for an extension of time to and including January 4, 2007, within which to file his answer, or otherwise plead to the instant petition.

FURTHER AFFIANT SAYETH NOT.

s/Colleen M. Griffin
COLLEEN M. GRIFFIN

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(SPRINGFIELD)

| | | |
|---|---|---|
| PATRICK O'CONNOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 06-3229 |
| | ) | |
| MICHAEL F. SHEAHAN, | ) | The Honorable |
| | ) | Richard Mills, |
| Respondent. | ) | Judge Presiding. |

Certificate of Service

    I hereby certify that on November 15, 2006, I electronically filed a motion for extension of time with the Clerk of Court using the CM/ECF system and I hereby certify that on November 15, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

Patrick O'Connor #B45832
Logan Correctional Center
1096 1350th Street
Lincoln, Illinois 62656

                                          Respectfully submitted,
                                          LISA MADIGAN
                                          Attorney General of Illinois

                    BY:    s/Colleen M. Griffin
                              COLLEEN M. GRIFFIN
                              Assistant Attorney General
                              100 West Randolph Street, 12th Floor
                              Chicago, Illinois 60601
                              cgriffin@atg.state.il.us

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(SPRINGFIELD)

| | | |
|---|---|---|
| PATRICK O'CONNOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 06-3229 |
| | ) | |
| MICHAEL F. SHEAHAN, | ) | The Honorable |
| | ) | Richard Mills, |
| Respondent. | ) | Judge Presiding. |

## ORDER

This cause coming to be heard on the motion of the respondent for an extension of time to file his Answer to the instant writ of habeas corpus from December 1, 2006, to and including January 4, 2007, and this Honorable Court being duly advised in the premises:

IT IS HEREBY ORDERED that the Motion of respondent is hereby

GRANTED/DENIED.


ENTER:                                    _____

COLLEEN M. GRIFFIN
Assistant Attorney General
Attorney for Respondent
Criminal Appeals Division
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-4684