IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX. REL.<br>PATRICK O'CONNOR,<br>PETITIONER, | )<br>)<br>)<br>) |
| V. | ) CASE NO. 063229 |
| GREGORY P. FIRKUS,<br>RESPONDENT, | ) HONORABLE RICHARD MILLS<br>) PRESIDING |
| MICHAEL F. SHEAHAN,<br>PREVIOUS RESPONDENT, | )<br>) |

LEAVE TO FILE AMENDED HABEAS CORPUS PETITION

NOW COMES THE PETITIONER PATRICK O'CONNOR, PRO SE, AND MOVES THIS HONORABLE COURT TO GRANT HIM LEAVE TO FILE HIS AMENDED PETITION FOR HABEAS CORPUS RELIEF. IN SUPPORT OF THIS MOTION PETITIONER STATES THE FOLLOWING:

1- PETITIONER FILED HIS PETITION FOR HABEAS CORPUS RELIEF WHILE INCARCERATED IN THE COOK COUNTY JAIL IN CHICAGO, ILLINOIS

2- RESPONDENT SHEAHAN USED HIS AUTHORITY TO TRANSFER RESPONDENT OUT OF THE JURISDICTION OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

3- RESPONDENT IS CURRENTLY INCARCERATED AT THE LOGAN CORRECTIONAL CENTER IN LINCOLN, ILLINOIS.

4- THIS HONORABLE COURT NOW HOLDS JURISDICTION TO DECIDE THIS MATTER.

5- "JURISDICTION TO HEAR HABEAS CORPUS PETITIONS LIES IN THE U.S. DISTRICT COURT IN WHICH THE PRISONER IS CONFINED." RUMSFIELD V. PEDILLA 542 U.S.426 AT 455.

6- THE WARDEN HAVING POSSESSION OF THE PRISONER IS THE CORRECT RESPONDENT.

7- THEREFORE, SINCE MICHAEL F. SHEAHAN NO LONGER HAS CUSTODY OF THE PETITIONER PETITIONER PRAYS THAT HE BE ALLOWED TO AMEND HIS PETITION TO NAME THE CORRECT RESPONDENT.

8- BASED ON THE FOREGOING FACTS, AND IN THE INTERESTS OF JUSTICE, TO PROTECT PETITIONER'S 5TH, 14TH, 4TH, 6TH AMENDMENT RIGHTS, AND BECAUSE PETITIONER HAD NO CONTROL OVER RESPONDENT'S DECISIONS TO TRANSFER HIM PETITIONER PRAYS THIS

HONORABLE COURT WILL GRANT HIM LEAVE TO AMEND HIS PETITION FOR HABEAS CORPUS RELIEF.

## AFFIDAVIT

I, PATRICK O'CONNOR AVER AND AFFIRM THAT ALL FACTS STATED IN THE FOREGOING MOTION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

_____          11/8/06
PATRICK O'CONNOR PRO SE                  DATE

-2-

## PROOF OF SERVICE

| | |
|---|---|
| TO: CLERK OF THE U.S. DISTRICT COURT FOR<br>THE CENTRAL DISTRICT OF ILLINOIS<br>600 EAST MONROE ST.<br>SPRINGFIELD, IL. 62701 | TO: ASSISTANT ATTORNEY GENERAL<br>COLLEEN M. GRIFFIN<br>100 W. RANDOLPH ST. 12 FLOOR<br>CHICAGO, IL. 60601 |

PLEASE TAKE NOTICE THAT ON THIS 8TH DAY OF NOVEMBER 2006 I FILED THREE COPIES OF THE ATTACHED MOTION ON THE PARTIES NAMED ABOVE BY PLACING SAID COPIES IN ENVELOPES ADDRESSED AS ABOVE WITH PROPER U.S. POSTAGE AFFIXED, AND PLACED SAID ENVELOPES IN THE CONTAINER FOR U.S. MAIL LOCATED AT THE LOGAN CORRECTIONAL CENTER IN LINCOLN, ILLINOIS

_(signed)_ Patrick O'Connor      11/8/06
PATRICK O'CONNOR B-45832     DATE