IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PATRICK O'CONNOR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 06-3229 |
| | ) |
| GREGORY P. FIRKUS,[1] | ) |
| | ) |
| Respondent. | ) |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court are the Petitioner's motion for leave to file an amended habeas corpus petition and the Respondent's motion for an extension of time to file an answer to the Petitioner's habeas corpus petition. For good cause shown, the Court

---

[1] Michael F. Sheahan was initially named as the Respondent in this case. The Petitioner is now incarcerated at the Logan Correctional Center, where Gregory Firkus is the Warden. Because Gregory Firkus is the current "state officer having custody of the applicant," he is hereby substituted as the Respondent in this habeas action. See Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts; Fed. R. Civ. P. 25(d)(1); see also Bridges v. Chambers, 425 F.3d 1048, 1049-50 (7th Cir. 2005).

1

will ALLOW both motions.

<u>Ergo</u>, the Petitioner's motion for leave to file an amended habeas corpus petition [d/e 40] is ALLOWED. The Respondent's motion for leave to file an answer to the Petitioner's habeas corpus petition [d/e 39] is ALLOWED. The Respondent's answer shall be due 40 days after the date on which the Petitioner's amended habeas corpus petition is filed.

ENTER: November 28, 2006

    FOR THE COURT:

                                          s/Richard Mills
                                          United States District Judge