E-FILED
Tuesday, 09 January, 2007  03:28:05 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 09 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK O'CONNOR, PETITIONER, | ) ) ) ) |
| VS. | ) NO. 063229 ) ) |
| GREGORY P. FIRKUS, RESPONDENT, | ) HONORABLE RICHARD MILLS ) JUDGE PRESIDING ) ) |

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, PATRICK O'CONNOR DECLARE THAT I AM THE PETITIONER IN THE ABOVE-ENTITLED CASE. I FURTHER STATE THAT I AM UNABLE TO AFFORD THE SERVICES OF AN ATTORNEY. I HEREBY REQUEST THE COURT TO APPOINT COUNSEL TO REPRESENT ME IN THIS CASE.

2. IN SUPPORT OF MY MOTION I DECLARE THAT I HAVE MADE THE FOLLOWING TO RETAIN COUNSEL TO REPRESENT ME IN THIS PETITION: SEE ATTACHED EXHIBITS.

3. IN FURTHER SUPPORT OF MY MOTION I DECLARE THAT I AM NOT CURRENTLY REPRESENTED, AND HAVE NOT BEEN REPRESENTED PREVIOUSLY BY AN ATTORNEY APPOINTED BY THIS COURT IN THIS OR ANY OTHER PROCEEDING BEFORE THIS COURT.

4. IN FURTHER SUPPORT OF MY MOTION, I DECLARE THAT I HAVEN'T WASTED THE COURT'S TIME AND MONEY BY FILING AN APPLICATION TO PROCEED IN FORMA PAUPERIS

5. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_/s/ Patrick O'Connor_
PATRICK O'CONNOR B-45832
P.O. BOX 1000
LINCOLN, IL. 62656

1/5/07
DATE

November 10, 2006
Brown Hay and Strahens LLP
205 S. Fifth St. Suite 700
Springfield, Il. 62701

Dear Esquire;

    I hope this letter finds you well.  My name is Patrick O'Connor, and I'm writing to you to request your representation in a Federal Habeas Corpus Petition pending in the Springfield division of the District Court.  As a legally blind, innocent man I appeal to your sense of justice to help a victim of the corrupt Chicago police department and corrupt Cook County criminal justice system obtain justice after enduring 15 years of unjust incarceration.  Will you please make the time to represent me in this petition before the court?  Thank you for your valuable time.  Your help and cooperation in this matter is greatly appreciated.  I look forward to your reply.

                                                Sincerely,
                                                Patrick O'Connor
                                                reg. no. B-45832
                                                P.O. Box 1000
                                                Lincoln, Il. 62656

November 9, 2006
Mr. Brent D. Barewin
915 S. Second St.
Springfield, Il. 62704


Dear Mr. Barewin;

I hope this letter finds you well. My name is Patrick O'Connor, and I'm writing to you to request your professional help. I am an innocent man, unjustly incarcerated by corrupt government officials in Chicago. I have tried every possible avenue to obtain a fair trial in Cook County, but all of my attempts have failed, so I filed a Federal Habeas Corpus Petition which is now pending in the U.S. District Court for the Central District of Illinois in Springfield. I have been twice adjudicated guilty but mentally ill, but I realize that presenting the facts in the proper fashion before the court, while working from a law library with antique books, is a prescription for failure, so I desparately need the representation of professional counsel, so I ask you in the interests of justice will you please represent me in this matter before the district court? Thank you for your valuable time. Your help and cooperation in this matter is greatly appreciated. I look forward to your reply.

Sincerely,
Patrick O'Connor
reg. no. B-45832
P.O. Box 1000
Lincoln, Il. 62656

**BROWN, HAY & STEPHENS, LLP**
ATTORNEYS AT LAW
P.O. Box 2459
Springfield, Illinois 62705

LEGAL COMMUNICATION - CONFIDENTIAL

November 14, 2006

Patrick O'Connor (B-45832)
P.O. Box 1000
Lincoln, IL 62656

Dear Mr. O'Connor:

Thank you for your letter of November 10, 2006. Unfortunately, the firm is not taking on any inmate cases.

If you are in need of an attorney, the Illinois State Bar Association has an excellent referral service known as Illinois Lawyer Finder (217/525-5297). Please understand that the firm is not representing you. I am sorry I could not be of more assistance.

Sincerely,

Hugh F. Drake

HFD:mls

November 15, 2006
Illinois State Bar Association
Illinois Lawyer Finder
424 South Second St.
Springfield, Il. 62701

Dear Counselor;

    I hope this letter finds you well.  My name is Patrick O'Connor, and I'm writing to you today to  request your assisstance in obtaining competent counsel to represent me in a Federal Habeas Corpus Petition pending before the District Court in Springfield.  While petitioning law firms in the Springfield area, I was reffered to your referal service, because  I do not wish to waste the court's time with frivilous motions, and because this is a serious matter,  I have very limited access to telephones,  no access to computers,  and limited access to an ancient law library, so I have to ask you for a list of attorneys names and addresses, who might be willing to accept pro-bono Federal Habeas Corpus cases.  If it is possible for you to provide me with this information, I would  greatly appreciate receiving it.  Thank you for your time.  Your help and cooperation in this matter is greatly appreciated.  I look forward to your reply.

                                            Sincerely,
                                            Patrick O'Connor
                                            reg. no. B-45832
                                            Logan Correctional Center
                                            P.O. Box 1000
                                            Lincoln, Il. 62656

## NOTICE OF SERVICE

TO: CLERK OF THE U.S. DISTRICT COURT　　　　TO: COLLEEN M. GRIFFIN
　　FOR THE CENTRAL DISTRICT OF ILLINOIS　　　　ASSISTANT ATTORNEY GENERAL
　　600 EAST MONROE ST.　　　　　　　　　　　　100 W. RANDOLPH ST.
　　SPRINGFIELD, IL. 62701　　　　　　　　　　CHICAGO, IL. 60601

PLEASE TAKE NOTICE THAT ON THIS  5  DAY OF  January  2007, I FILED THE ATTACHED MOTION BY PLACING AN ORIGINAL AND TWO COPIES OF SAID MOTION IN ENVELOPES ADDRESSED AS ABOVE WITH PROPER U.S. POSTAGE ATTACHED, AND DEPOSITED SAID ENVELOPES IN THE CONTAINER FOR U.S. MAIL LOCATED AT THE LOGAN CORRECTIONAL CENTER IN LINCOLN, IL.

_Patrick O'Connor_　　　　　　　　　　　1/5/07
PATRICK O'CONNOR B-45832　　　　　　　　DATE
P.O. BOX 1000
LINCOLN, IL. 62656


## AFFIDAVIT

　I, PATRICK O'CONNOR, AVER AND AFFIRM THAT ALL FACTS STATED ABOVE ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_Patrick O'Connor_　　　　　　　　　　　1/5/07
PATRICK O'CONNOR B-45832　　　　　　　　DATE

Date: 12/26/2006
Time: 8:52am
d_list_inmate_trans_statement_composite

3:06-cv-03229-RM    # 45    Page 7 of 8

Logan Correctional Center
Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 06/26/2006 thru End;   Inmate: B45832;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B45832 O'Conner, Patrick**                      **Housing Unit: LOG-B -B -29**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 58.02 |
| 06/29/06 | Point of Sale | 60 Commissary | 180715 | 510829 | Commissary | -28.60 | 29.42 |
| 07/05/06 | Mail Room | 04 Intake and Transfers In | 186272 | 68427 | Dixon C.C. | 3.40 | 32.82 |
| 07/10/06 | Point of Sale | 60 Commissary | 191747 | 511740 | Commissary | -14.48 | 18.34 |
| 07/10/06 | Mail Room | 01 MO/Checks (Not Held) | 191272 | 3003896 | Oconner, Rita | 40.00 | 58.34 |
| 07/10/06 | Payroll | 20 Payroll Adjustment | 191154 | | P/R month of 06/2006 | 10.00 | 68.34 |
| 07/14/06 | Disbursements | 84 Library | 195350 | Chk #26751 | 84-033, DOC: 523 Fund Library, Inv. Date: 07/11/2006 | -1.50 | 66.84 |
| 07/14/06 | Disbursements | 80 Postage | 195350 | Chk #26752 | 80-015, DOC: 523 Fund Inmate R, Inv. Date: 07/10/2006 | -.87 | 65.97 |
| 07/14/06 | Disbursements | 80 Postage | 195350 | Chk #26752 | 80-744, DOC: 523 Fund Inmate R, Inv. Date: 06/28/2006 | -.24 | 65.73 |
| 07/14/06 | Disbursements | 80 Postage | 195350 | Chk #26752 | 80-017, DOC: 523 Fund Inmate R, Inv. Date: 07/11/2006 | -.39 | 65.34 |
| 07/14/06 | Disbursements | 80 Postage | 195350 | Chk #26752 | 80-017, DOC: 523 Fund Inmate R, Inv. Date: 07/11/2006 | -.39 | 64.95 |
| 07/17/06 | Point of Sale | 60 Commissary | 198747 | 513021 | Commissary | -20.13 | 44.82 |
| 07/24/06 | Point of Sale | 60 Commissary | 205747 | 514243 | Commissary | -24.47 | 20.35 |
| 07/26/06 | Disbursements | 80 Postage | 207350 | Chk #26848 | 80-041, DOC: 523 Fund Reimburs, Inv. Date: 07/25/2006 | -1.11 | 19.24 |
| 07/26/06 | Disbursements | 80 Postage | 207350 | Chk #26848 | 80-035, DOC: 523 Fund Reimburs, Inv. Date: 07/24/2006 | -.24 | 19.00 |
| 08/01/06 | Point of Sale | 60 Commissary | 213715 | 515164 | Commissary | -15.18 | 3.82 |
| 08/11/06 | Payroll | 20 Payroll Adjustment | 223150 | | P/R month of 07/2006 | 12.10 | 15.92 |
| 08/14/06 | Mail Room | 01 MO/Checks (Not Held) | 226272 | 3003874 | Connor, Rita | 40.00 | 55.92 |
| 08/14/06 | Disbursements | 84 Library | 226350 | Chk #26970 | 84-010, DOC: 523 Fund Library, Inv. Date: 07/28/2006 | -3.50 | 52.42 |
| 08/15/06 | Point of Sale | 60 Commissary | 227747 | 517382 | Commissary | -9.96 | 42.46 |
| 08/29/06 | Disbursements | 84 Library | 241350 | Chk #27119 | 84-020, DOC: 523 Fund Library, Inv. Date: 08/18/2006 | -1.00 | 41.46 |
| 08/29/06 | AP Correction | 84 Library | 241550 | Chk #27119 Voided | 84-020 - DOC: 523 Fund Library | 1.00 | 42.46 |
| 08/29/06 | Disbursements | 84 Library | 241350 | Chk #27120 | 84-020, DOC: 523 Fund Library, Inv. Date: 08/18/2006 | -1.00 | 41.46 |
| 08/29/06 | Disbursements | 80 Postage | 241350 | Chk #27121 | 80-085, DOC: 523 Fund Inmate R, Inv. Date: 08/14/2006 | -.24 | 41.22 |
| 09/08/06 | Mail Room | 01 MO/Checks (Not Held) | 251272 | 3003856 | Oconner, Rita | 40.00 | 81.22 |
| 09/15/06 | Payroll | 20 Payroll Adjustment | 258154 | | P/R month of 08/2006 | 6.84 | 88.06 |
| 09/15/06 | Point of Sale | 60 Commissary | 258747 | 521658 | Commissary | -36.16 | 51.90 |
| 09/22/06 | Point of Sale | 60 Commissary | 265747 | 523174 | Commissary | -15.91 | 35.99 |
| 09/25/06 | Disbursements | 84 Library | 268350 | Chk #27319 | 84-029, DOC: 523 Fund Library, Inv. Date: 09/20/2006 | -1.20 | 34.79 |
| 09/25/06 | Disbursements | 80 Postage | 268350 | Chk #27320 | 80-160, DOC: 523 Fund Inmate R, Inv. Date: 09/21/2006 | -.39 | 34.40 |
| 09/25/06 | Disbursements | 80 Postage | 268350 | Chk #27320 | 80-160, DOC: 523 Fund Inmate R, Inv. Date: 09/21/2006 | -.39 | 34.01 |
| 10/10/06 | Point of Sale | 60 Commissary | 283715 | 525323 | Commissary | -28.43 | 5.58 |
| 10/12/06 | Mail Room | 01 MO/Checks (Not Held) | 285243 | DS3003967 | O Conner, Rita | 40.00 | 45.58 |
| 10/13/06 | Payroll | 20 Payroll Adjustment | 286150 | | P/R month of 09/2006 | 13.02 | 58.60 |
| 10/17/06 | Disbursements | 84 Library | 290350 | Chk #27427 | 84-032, DOC: 523 Fund Library, Inv. Date: 09/26/2006 | -1.50 | 57.10 |
| 10/17/06 | Disbursements | 80 Postage | 290350 | Chk #27428 | 80-175, DOC: 523 Fund Inmate R, Inv. Date: 09/28/2006 | -.24 | 56.86 |
| 10/17/06 | Disbursements | 80 Postage | 290350 | Chk #27428 | 80-200, DOC: 523 Fund Inmate R, Inv. Date: 10/16/2006 | -.63 | 56.23 |
| 10/17/06 | Point of Sale | 60 Commissary | 290715 | 526475 | Commissary | -22.57 | 33.66 |

Date: 12/26/2006
Time: 8:52am
d_list_inmate_trans_statement_composite

3:06-cv-03229-RM    # 45    Page 8 of 8

Logan Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 06/26/2006 thru End;   Inmate: B45832;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B45832 O'Conner, Patrick**                           **Housing Unit: LOG-B -B -29**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/24/06 | Point of Sale | 60 Commissary | 297715 | 527871 | Commissary | -18.23 | 15.43 |
| 11/01/06 | Point of Sale | 60 Commissary | 305749 | 528861 | Commissary | -11.72 | 3.71 |
| 11/03/06 | Mail Room | 01 MO/Checks (Not Held) | 307272 | 3004034 | Oconnor, Rita | 40.00 | 43.71 |
| 11/13/06 | Payroll | 20 Payroll Adjustment | 317154 | | P/R month of 10/2006 | 2.88 | 46.59 |
| 11/17/06 | Disbursements | 84 Library | 321350 | Chk #27762 | 84-050, DOC: 523 Fund Library, Inv. Date: 11/03/2006 | -3.00 | 43.59 |
| 11/17/06 | Disbursements | 84 Library | 321350 | Chk #27762 | 84-053, DOC: 523 Fund Library, Inv. Date: 11/09/2006 | -1.50 | 42.09 |
| 11/17/06 | Disbursements | 80 Postage | 321350 | Chk #27763 | 80-244, DOC: 523 Fund Inmate R, Inv. Date: 11/09/2006 | -.87 | 41.22 |
| 11/17/06 | Point of Sale | 60 Commissary | 321747 | 531413 | Commissary | -37.44 | 3.78 |
| 11/20/06 | Mail Room | 01 MO/Checks (Not Held) | 324241 | 5498 | CIBF | 10.46 | 14.24 |
| 12/04/06 | Payroll | 20 Payroll Adjustment | 338154 | | Supplemental Pay | 12.12 | 26.36 |
| 12/08/06 | Mail Room | 01 MO/Checks (Not Held) | 342272 | 3004082 | Oconnor, Rita | 50.00 | 76.36 |
| 12/13/06 | Point of Sale | 60 Commissary | 347715 | 534122 | Commissary | -35.73 | 40.63 |
| 12/18/06 | Disbursements | 84 Library | 352350 | Chk #27964 | 84-061, DOC: 523 Fund Library, Inv. Date: 12/06/2006 | -1.10 | 39.53 |
| 12/18/06 | Disbursements | 84 Library | 352350 | Chk #27964 | 84-058, DOC: 523 Fund Library, Inv. Date: 11/27/2006 | -3.00 | 36.53 |
| 12/18/06 | Disbursements | 80 Postage | 352350 | Chk #27992 | 80-260, DOC: 523 Fund Reimburs, Inv. Date: 11/17/2006 | -2.79 | 33.74 |
| 12/20/06 | Payroll | 20 Payroll Adjustment | 354154 | | supplemental pay | 12.84 | 46.58 |
| 12/20/06 | Point of Sale | 60 Commissary | 354749 | 535753 | Commissary | -18.21 | 28.37 |

|  |  |
|---:|---:|
| Total Inmate Funds: | 28.37 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 1.20 |
| **Funds Available:** | **27.17** |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/18/2006 | 84-064 | Disb | Library | 2 DOC: 523 Fund Library | $1.20 |
| | | | | **Total Restrictions:** | **$1.20** |