**E-FILED**
Thursday, 01 February, 2007  12:39:03 PM
Clerk, U.S. District Court, ILCD

**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| **United States ex rel. Patrick O'Connor,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | |
| ) | **CASE NO. 06-3229** |
| **Gregory Firkus, Warden,** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for
Respondent Gregory Firkus

Date:__2/1/07_____

s/Russell K. Benton_____
Signature
Russell K. Benton_____
Print Name
100 W. Randolph St., 12th Floor_____
Address
Chicago, IL 60601_____
City, State, Zip Code
(312) 814-2113_____
Phone Number
(312) 814-2253_____
Fax Number
6203142_____
Bar Number
RBenton@atg.state.il.us_____
Email address

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| United States of America ex rel. | ) | |
|   PATRICK O'CONNOR, | ) | |
| | ) | |
|           Petitioner, | ) | No. 06-3229 |
| | ) | |
|       vs. | ) | The Honorable |
| | ) | Richard Mills, |
| GREGORY FIRKUS, Warden, | ) | Judge Presiding. |
|   LOGAN Correctional Center, | ) | |
| | ) | |
|         Respondent. | ) | |

_____

## NOTICE OF ELECTRONIC FILING

      PLEASE TAKE NOTICE that on February 1, 2007, I presented the attached
Entry of Appearance to the Clerk of the Court for filing and uploading to the
CM/ECF system, and I hereby certify that I have mailed by United States Postal
Service the document to the following non CM/ECF participant:

      Patrick O'Connor, #B45832
      Logan Correctional Center
      P.O. Box 1000
      Lincoln, Illinois 62656

                        Lisa Madigan
                        Attorney General of Illinois

          By:    s/ Russell K. Benton
                      RUSSELL K. BENTON, Bar #6203142
                      Attorney for Respondent
                      Illinois Attorney General's Office
                      100 West Randolph Street, 12th Floor
                      Chicago, Illinois 60601
                      Telephone:  (312) 814-2113
                      Fax:  (312) 814-2253
                      E-mail: RBenton@atg.state.il.us