E-FILED
Thursday, 01 February, 2007   12:39:56 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America ex rel.<br>  PATRICK O'CONNOR, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | No. 06-3229 |
| vs. | ) <br> ) | The Honorable<br>Richard Mills, |
| GREGORY FIRKUS, Acting Warden,<br>  LOGAN Correctional Center, | ) <br> ) <br> ) | Judge Presiding. |
| Respondent. | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Now comes Gregory Firkus, acting warden of Logan Correctional Center, by her attorney, Lisa Madigan, Attorney General of Illinois, and hereby requests that this Court grant him leave to substitute counsel in the above-captioned cause, and, in support thereof, states as follows:

1.  This habeas corpus case was originally assigned to Assistant Attorney General Colleen Griffin for handling. Ms. Griffin will shortly be leaving her position at the Office of the Illinois Attorney General, and this case was subsequently assigned to Assistant Attorney General Russell K. Benton. Mr. Benton has filed her appearance on this day and will be handling all matters until the case is resolved.

2.  Respondent respectfully requests, therefore, that the Court allow respondent to substitute Mr. Benton as counsel of record, in place of Ms. Griffin.

Respectfully submitted,

Lisa Madigan
Attorney General of Illinois

By:   s/ Russell K. Benton
        RUSSELL K. BENTON, Bar #6203142
        Attorney for Respondent
        Illinois Attorney General's Office
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601
        Telephone: (312) 814-2113
        Fax:  (312) 814-2253
        E-mail: RBenton@atg.state.il.us

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America ex rel. <br>   PATRICK O'CONNOR, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | No. 06-3229 |
| vs. | ) <br> ) | The Honorable <br> Richard Mills, |
| GREGORY FIRKUS, Acting Warden, <br>   LOGAN Correctional Center, | ) <br> ) <br> ) | Judge Presiding. |
| Respondent. | ) | |

## NOTICE OF ELECTRONIC FILING

    PLEASE TAKE NOTICE that on February 1, 2007, I presented the attached Motion to Substitute Counsel to the Clerk of the Court for filing and uploading to the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

    Patrick O'Connor, #B45832
    Logan Correctional Center
    P.O. Box 1000
    Lincoln, Illinois 62656

                                          Lisa Madigan
                                          Attorney General of Illinois

                              By:    s/ Russell K. Benton
                                          RUSSELL K. BENTON, Bar #6203142
                                          Attorney for Respondent
                                          Illinois Attorney General's Office
                                          100 West Randolph Street, 12th Floor
                                          Chicago, Illinois 60601
                                          Telephone: (312) 814-2113
                                          Fax: (312) 814-2253
                                          E-mail: RBenton@atg.state.il.us