# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**PATRICK O'CONNOR**

      vs.    Case Number:    **06-3229**

MICHAEL F. SHEAHAN
ATTORNEY GENERAL OF THE sTATE OF ILLINOIS
GREGORY P. FIRJUS

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XXX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  pursuant to an order entered by the Honorable Richard Mills: Petitioner's 2254 Motion is dismissed without prejudice.  This case is closed.-------------------------------------

ENTER this 15th day of February, 2007

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK