E-FILED
Wednesday, 28 February, 2007  09:00:00 AM
Clerk, U.S. District Court, ILCD

FILED

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
FEB 2 6 2007

IN THE UNITED STATES
DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA EX REL.      )
PATRICK O'CONNOR,                     )
                    PETITIONER,       )
                                      )
                                      ) CASE NO. 06-3229
                                      )
VS.                                   )
                                      )
                                      ) THE HONORABLE RICHARD MILLS,
GREGORY P. FIRKUS, ACTING WARDEN,     )  JUDGE PRESIDING.
LOGAN CORRECTIONAL CENTER,            )
RESPONDENT.                           )
                                      )

## MOTION FOR DEFAULT JUDGMENT IN FAVOR OF THE PETITIONER

NOW COMES THE PETITIONER, PATRICK O'CONNOR, PRO SE, AND MOVES THIS HONORABLE COURT TO ENTER A JUDGMENT OF DEFAULT IN FAVOR OF THE PETITIONER PURSUANT TO RULE 55 OF THE RULES GOVERNING HABEAS CORPUS PETITIONS. IN SUPPORT THEREOF PETITIONER STATES THE FOLLOWING:

1- ON NOVEMBER 28, 2006, THIS AMENDED PETITION WAS FILED IN THIS HONORABLE COURT.

2- LOCAL RULE 7.1 OF THE RULES OF THIS COURT REQUIRES THAT A RESPONSE TO THIS PETITION BE FILED WITHIN 14 DAYS OF FILING.

3- RESPONDENT DID ATTEMPT TO FILE A TARDY MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO EXHAUST, ON DECEMBER 27, 2006, WELL IN EXCESS OF THE RULES AND IN VIOLATION OF PETITIONER'S RIGHT TO DUE PROCESS AND EQUAL PROTECTION OF THE LAW.

4- RESPONDENT FAILED TO SIGN HER MOTION REQUIRING IT TO BE STRICKEN IN ACCORDANCE WITH RULE 11 OF THE RULES GOVERNING HABEAS CORPUS PROCEEDINGS.

5- EVEN IF THIS HONORABLE COURT ACCEPTED RESPONDENT'S UNSIGNED MOTION, IT WAS FILED AFTER RESPONDENT HAD ALREADY DEFAULTED CAUSING PREJUDICE TO THE PETITIONER.

6- FURTHER ON JANUARY 5, 2007, PETITIONER FILED HIS MOTION IN OPPOSITION TO RESPONDENT'S MOTION.

7- CLEARLY LOCAL RULE 7.1 REQUIRED RESPONDENT TO ANSWER PETITIONER'S MOTION WITHIN 14 DAYS, BUT SHE AGAIN REFUSED TO REPLY TO THIS MOTION.

8- RULE 8 OF THE RULES GOVERNING HABEAS CORPUS PETITIONS(d) HOLDS,"AVERMENTS IN A

TO WHICH A RESPONSIVE PLEADING IS REQUIRED..., ARE ADMITTED WHEN NOT
DENIED IN THE RESPONSIVE PLEADING." WITH NO  TIMELY RESPONSE FILED AS
REQUIRED BY THE RULES, ALL AVERED FACTS HAVE BEEN ADMITTED AS TRUE.

9—DUE TO RESPONDENT'S REFUSAL TO ADEQUATELY  RESPOND TO PETITIONER'S
PETITION, THE COURT'S DUTY IS CLEAR, IT MUST ENTER AN ORDER OF DEFAULT
JUDGMENT IN FAVOR OF THE PETITIONER, AND GRANT HIM THE RELIEF SOUGHT,
RELEASE FROM INCARCERATION, AND DISMISSAL OF ALL CRIMINAL CHARGES WITH
PREJUDICE.

RESPECTFULLY SUBMITTED,

PATRICK O'CONNOR PRO SE    DATE
REG. NO. B-45832
P.O. BOX 1000
LINCOLN, IL. 62656

## AFFIDAVIT

I, PATRICK O'CONNOR, AVER AND AFFIRM THAT ALL FACTS CONTAINED IN THE ATTACHED
MOTIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

PATRICK O'CONNOR    DATE
REG. NO B 45832

-2-

IN THE UNITED STATES
DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION



FEB 2 6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA EX REL.        )
PATRICK O'CONNOR,                       )
     PETITIONER                         )
                                        ) (
                                        )
VS.                                     )  CASE NO. 06-3229
                                        )
                                        )
GREGORY P. FIRKUS, ACTING WARDEN,       )  THE HONORABLE RICHARD MILLS,
LOGAN CORRECTIONAL CENTER,              )  JUDGE PRESIDING.
RESPONDENT,                             )
                                        )

MEMORANDUM OF LAW IN SUPPORT OF
MOTION  FOR DEFAULT JUDGMENT IN FAVOR OF
THE PETITIONER

NOW COMES THE PETITIONER, PATRICK O'CONNOR, PRO SE, AND ATTACHES THIS MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR DEFAULT JUDGMENT IN FAVOR OF THE PETITIONER.  PETITIONER STATES THE FOLLOWING:

1- FEDERAL RULES OF CIVIL PROCEDURE **RULE 12** (a)(1) REQUIRES, " A DEFENDANT SHALL SERVE AN ANSWER, (a) WITHIN 20  DAYS AFTER BEING SERVED WITH THE COMPLAINT."  AND **LOCAL RULE 7.1** (B)(1) ALSO REQUIRES, "ANY PARTY OPPOSING THE MOTION SHALL FILE A RESPONSE TO THE MOTION, AND THE RESPONSE SHALL BE FILED WITHIN 14 DAYS AFTER SERVICE OF THE MOTION."

2- THE AMENDED COMPLAINT WAS FILED ON 11/28/06, MAKING AN ANSWER DUE NO LATER THAN 12/12/06, YET THE RESPONDENT REFUSED TO COMPLY WITH THE RULES  UNTIL SHE FILED AN UNSIGNED MOTION ON 12/27/06.

3- **RULE 11** (a) REQUIRES, " EVERY PLEADING, WRITTEN MOTION AND OTHER PAPER SHALL BE SIGNED BY AT LEAST ONE ATTORNEY OF RECORD IN THE ATTORNEY'S INDIVIDUAL NAME." AND, "AN UNSIGNED PAPER SHALL BE STRICKEN."  CLEARLY RESPONDENT'S LATE ANSWER MUST BE STRICKEN AS IT BEARS NO SIGNATURE.

4- UNDER THE RULES OF CIVIL PROCEDURE, ENTRY OF A DEFAULT BY THE CLERK REQUIRES NO NOTICE TO THE DEFAULTING PARTY."<u>OLSEN V. KIRKMAN</u> 720 P.2d436; <u>EMMONS V. EMMONS</u> 355 NW 2d898; <u>DENKERS V. DURHAM LEASING CO.</u>

DEFAULT JUDGMENTS MAY BE ENTERED INTO IN CASES OF
REFUSAL TO COMPLY WITH THE COURT RULES OR PROCEDURES. **WAHL V.MCIVER**
773 E2d 1169, 1174.

5- "UNDER RULES OF CIVIL PROCEDURE, UNLESS A CLAIM COMES WITHIN THE
TERMS OF A PROVISION PROSCRIBING ENTRY OF A DEFAULT JUDGMENT BY THE
CLERK, THE PARTY ENTITLED TO THE JUDGMENT BY DEFAULT MUST APPLY TO
THE COURT THEREFORE."**NATIONAL GRANGE MT. INS. CO. V. WALSH** 535 NE 2d 1277
"THE APPLICATION SHOULD BE MADE  IN THE COURT WHERE THE ACTION IS
PENDING AT THE TIME OF DEFAULT." **WORMLY V. DISTRICT TP. OF CARROLL**
45 IOWA 666.  THE CASE AT BAR IS PENDING IN THIS COURT AND PETITIONER IS
ENTITLED TO JUDGMENT BY DEFAULT.

6- FACTORS RELEVANT TO DETERMINATION OF WHAT CONSTITUTES SUBSTANTIAL
JUSTICE AND WHETHER DEFAULT JUDGMENT SHOULD BE GRANTED INCLUDE,
DEFENDANT'S REASONABLE DILIGENCE; HE USED NONE, MERIT TO DEFENSE,
AGAIN THERE IS NONE; SEVERITY OF PENALTY RESULTING FROM JUDGMENT,
AGAIN NONE, HARDSHIP TO PLAINTIFF OF DENYING HIM JUDGMENT.  WITHOUT
THIS JUDGMENT, PLAINTIFF WILL CONTINUE TO SUFFER FROM ILLEGAL
INCARCERATION, DAMAGING THE CONSTITUTION, DEPRIVING ALL CITIZENS OF
JUSTICE AND FREE ASSOCIATION WITH PETITIONER, A GREAT HARDSHIP UPON
BOTH THE PETITIONER AND  AMERICA..  TO DELAY JUSTICE IS TO DENY
JUSTICE, THEREFORE; DEFAULT JUDGMENT SHOULD BE GRANTED TO EXPEDITE
PETITIONER'S REQUEST FOR JUSTICE TO THIS COURT.

7-  PETITIONER'S CLAIM IS CLEAR, THIS HONORABLE COURT HOLDS JURISDICTION
OVER THE MATTER.  PETITIONER HAS CLEAR RIGHT TO RELIEF UNDER **RULE 55**
WHERE A PARTY AGAINST WHOM A JUDGMENT IS SOUGHT HAS FAILED TO PLEAD
OR OTHERWISE DEFEND AS PROVIDED BY THESE RULES AND THAT FACT IS MADE
TO APPEAR BY AFFIDAVIT OR OTHERWISE, THE CLERK SHALL ENTER THE PARTIES
DEFAULT.  THOSE ISSUES ARE UNDISPUTED.  RESPONDENTS DEFY THIS COURT
TO TAKE APPROPIATE ACTION AGAINST THEM, AND THE ENDS OF JUSTICE
REQUIRE THE ENTRY OF A DEFAULT JUDGMENT IN FAVOR OF THE PETITIONER IN
THIS CASE, AND BECAUSE RESPONDENT REFUSED TO DEFEND NOR ANSWER,, "ALL
WELL-PLEADED ALLEGATIONS ARE TAKEN AS ADMITTED ON DEFAULT JUDGMENT."
**BENNY V. PIPES** 799 F2d 495, THEREFORE, PETITIONER PRAYS THIS HONORABLE
COURT WILL  GRANT AN ORDER OF DEFAULT JUDGMENT IN THIS CAUSE ORDERING
RESPONDENTS TO PROVIDE THE RELIEF REQUESTED IN THE PETITION.

RESPECTFULLY SUBMITTED,

IN THE UNITED STATES
DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX REL. | ) | |
| PATRICK O'CONNOR, | ) | |
| PETITIONER, | ) | |
| | ) | |
| | ) | |
| VS. | ) | CASE NO. 06-3229 |
| | ) | |
| | ) | |
| GREGORY P. FIRKUS, ACTING WARDEN, | ) | HONORABLE RICHARD MILLS, |
| LOGAN CORRECTIONAL CENTER, | ) | JUDGE PRESIDING. |
| RESPONDENT, | ) | |
| | ) | |

## ORDER

AFTER BEING INFORMED OF THE FACTS, IT IS HEREBY ORDERED THAT THE RESPONDENT BE HELD IN DEFAULT , AND HAS ,IN FACT DEFAULTED, AND IT IS FURTHER ORDERED THAT RESPONDENT SHALL GRANT PETITIONER THE RELIEF SOUGHT IN HIS PETITION, RELEASE FROM CUSTODY AND DISMISSAL WITH PREJUDICE OF ALL CRIMINAL CHARGES THAT RESULTED IN PETITIONER'S INCARCERATION.  IT IS SO ORDERED THIS _____ DAY OF _____2007.


_____          _____
HONORABLE RICHARD MILLS JUDGE          CLERK OF THE U.S. DISTRICT COURT


_____
DATE

-5-

## AFFIDAVIT

I, PATRICK O'CONNOR AVER AND AFFIRM THAT ALL FACTS CONTAINED IN THE ATTACHED MOTION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.


_____          _____
PATRICK O'CONNOR                          DATE
REG. NO. B-45832
P.O. BOX 1000
LINCOLN, ILLINOIS 62656

## NOTICE OF SERVICE

TO: CLERK OF THE COURT
   151 U.S. COURTHOUSE
600 E. MONROE ST.
SPRINGFIELD, IL.
62701

TO: RUSSELL K. BENTON
   ASSISTANT ATTORNEY GENERAL
100 W. RANDOLPH ST. 12 FLOOR
   CHICAGO, IL.
60601

     PLEASE TAKE NOTICE THAT ON THIS 21ST DAY OF February 2007, I FILED AN ORIGINAL AND TWO COPIES OF THE ATTACHED MOTION ON THE CLERK OF THE COURT AND AN EXACT COPY OF THE ATTACHED MOTION ON THE PARTY LISTED ABOVE BY PLACING SAID COPIES IN ENVELOPES ADDRESSED AS ABOVE WITH U.S. POSTAGE PREPAID, AND PLACED SAID ENVELOPES IN THE CONTAINER FOR U.S. MAIL LOCATED AT THE LOGAN CORRECTIONAL CENTER, LINCOLN, ILLINOIS 62656

_____      2/31/07
PATRICK O'CONNOR PRO SE      DATE
REG. NO. B-45832
P.O. BOX 1000
LINCOLN, IL. 62656

## AFFIDAVIT

I, PATRICK O'CONNOR, AVER AND AFFIRM THAT THE FACTS STATED ABOVE ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_____      2/31/07
PATRICK O'CONNOR B-45832   DATE
P.O. BOX 1000
LINCOLN, IL. 62656