IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

```
PATRICK O'CONNOR,        )
PETITIONER,              )
                         )
                         )
V.                       )  CASE NO. 06-3229
                         )
                         )
GREGORY P. FIRKUS,       )  THE HONORABLE RICHARD MILLS,
ACTING WARDEN,           )   JUDGE PRESIDING.
RESPONDENT,              )
                         )
                         )
```

## EMERGENCY MOTION FOR HEARING

  NOW COMES THE PETITIONER, PATRICK O'CONNOR, PRO SE, AND MOVES THIS HONORABLE COURT TO HOLD A HEARING ON PETITIONER'S MOTIONS IN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO EXHAUST, ANDPETITIONER'S MOTION FOR DEFAULT JUDGMENT IN FAVOR OF THE PETITIONER.  PITIONER FILES THIS AS AN EMERGENCY MOTION AS DELAY IN ENTERING A JUST JUDGMENT DOES IRREPAIRABLE HARM TO THE PETITIONER, BY EXTENDING HIS UNJUST INCARCERATION,  AND PROLONGS AN UNACCEPTABLE REBELLION AGAINST THE UNITED STATES CONSTITUTION BY ILLINOIS' LAW-MAKERS, WHO REFUSE TO MAKE THE CONSTITUTION OF THE STATE OF ILLINOIS COMPATABLE WITH UNITED STATES SUPREME COURT DECISIONS.

### UNDISPUTED FACTS:

1- RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO EXHAUST IS NOT SIGNED BY ANY ATTORNEY NOR PERSON.

2- F.R. CIV. P. RULE 7 (b) (3) REQUIRES ALL MOTIONS TO BE SIGNED IN ACCORDANCE WITH RULE 11.

3- F.R.CIV.P RULE 11(A) requires all unsigned papers, pleadings, and motions to be stricken.

4- RESPONDENT'S HAVE FILED NO VIABLE ANSWER TO THE COMPLAINT, NOR TO PETITIONER'S MOTION FOR FEFAULT JUDGMENT IN FAVOR OF THE PETITIONER, A CASE-DEPOSITIVE MOTION (MOTION TO DISMISS) F.R. CIV. P.12(b) (5); 55; 56; 12(c) FILED 2/21/07

5- RESPONDENT'S REPLY TO THIS MOTION WAS DUE WITHIN 14 DAYS, MARCH 7, 2007, YET NO RESPONSE WAS ENTERED.

6- RESPONDENT'S HAVE HAD COMPETENT, PROFESSIONAL REPRESENTATION BY THE ILLINOIS ATTORNEY GENERAL'S OFFICE.

7- WHEN NO RESPONSE TO A CASE-DEPOSITIVE MOTION IS FILED WITHIN 14 DAYS, OF FILING, THE MOTION IS GRANTED AND THE CASE TERMINATED IN FAVOR OF THE MOVING PARTY. <u>LEWIS V. FAULKNER</u> 689 F.2d 100 (7th CIR. 1992) L.R. C.D. IL. 7.1(B).

8- OBVIOUSLY RESPONDENT IS NOT OPPOSED TO THE ENTRY OF A DEFAULT JUDGMENT IN FAVOR OF THE PETITIONER.

<u>RELIEF SOUGHT:</u>

9- BASED ON THE UNDISPUTED FACTS LISTED ABOVE, COMBINED WITH THE COURT'S AUTHORITY TO RULE ON THIS MOTION F.R. CIV.P. RULE 55, AND THAT THE PETITIONER, SOCIETY, AND THE INTEGRITY OF THE U.S. CONSTITUTION, AND OUR SYSTEM OF JUSTICE SUFFER EACH MINUTE THE PETITIONER IS UNJUSTLY INCARCERATED, PETITIONER PRAYS THIS HONORABLE COURT WILL HOLD A HEARING TO REVIEW THE MOTIONS FILED, NOTICE THEY ARE UNOPPOSED, APPLY THE LAWS, AND ENTER A JUDGMENT OF DEFAULT WITH PREJUDICE IN FAVOR OF THE PETITIONER, AND ORDER HIS IMMEDIATE RELEASE FROM CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS FORTHWITH.

RESPECTFULLY SUBMITTED,

_[signature]_  8 March 2007
PATRICK O'CONNOR            DATE
B-45832
P.O. BOX 1000
LINCOLN, IL. 62656

<u>AFFIDAVIT</u>

I, PATRICK O'CONNOR, AVER AND AFFIRM THAT ALL FACTS CONTAINED IN THE ATTACHED MOTION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_[signature]_  8 March 2007
PATRICK O'CONNOR       DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS



PATRICK O'CONNOR,           )
PETITIONER,                 )
                            )
                            )
V.                          ) CASE NO. 06-3229
                            )
                            )
GREGORY P. FIRKUS,          ) THE HONORABLE RICHARD MILLS,
ACTING WARDEN,              ) JUDGE PRESIDING.
RESPONDENT,                 )
                            )
                            )

<u>MEMORANDUM OF LAW IN SUPPORT OF MOTION</u>

NOW COMES THE PETITIONER, PATRICK O'CONNOR, PRO SE., AND ATTACHES THIS MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR A HEARING.. IN SUPPORT THEREOF PETITIONER STATES THE FOLLOWING:

1- F.R.CIV.P. RULE7(b)(3) REQUIRES,"ALL MOTIONS SHALL BE SIGNED IN ACCORDANCE WITH RULE 1

2- F.R.CIV.P. RULE 11(a) REQUIRES,"EVERY PLEADING, WRITTEN MOTION, AND OTHER PAPER SHALL BE SIGNED BY AT LEAST ONE ATTORNEY OF RECORD." AND "AN UNSIGNED PAPER **SHALL** BE STRICKEN." RESPONDENT'S ANSWER TO PETITIONER'S COMPLAINT WAS NOT SIGNED, AND THEREFORE, MUST BE STRICKEN.; MAKING NO VIABLE ANSWER FILED.

3- ON 2/21/07, PETITIONER FILED HIS MOTION FOR DEFAULT JUDGMENT IN FAVOR OF THE PETITIONER. L.R.CDIL.7.1(B)(1) REQUIRES "THE RESPONSETO MOTIONS FOR SUMMARY JUDGMENT SHALL BE WITHIN 14 DAYS OF FILING" OR IN THIS CASE BY MARCH 7, 2007, FURTHER, "WHEN NO RESPONSE TO A CASE-DEPOSITIVE MOTION IS FILED WITHIN 14 DAYS OF FILING, THE MOTION IS GRANTED, AND THE CASE TERMINATED IN FAVOR OF THE MOVING PARTY.." <u>LEWIS V. FAULKNER</u> 689 F.2d 100 (7<u>th</u> cir. 1992).

4- CASE-DEPOSITIVE MOTIONS ARE DEFINED IN <u>FAULKNER</u> AS MOTIONS TO DISMISS UNDER RULES 12(b)(5); 55. 56; 12(c).

5- ALTHOUGH THE RESPONDENT WAS REQUIRED TO FILE SOME SORT OF MOTION IN OPPOSITION TO PETITIONER'S COMPLAINT, RESPONDENT NEVER FILED ONE. RESPONDENT WAS ALSO REQUIRED TO FILE A MOTION OPPOSING A MOTION FOR DEFAULT JUDGMENT, RESPONDENT WAS SERVED WITH COPIES OF THE MOTION ON THE SAME DATE THE CLERK WAS SERVED HIS COPY, BUT IN SPITE OF THE FACT THAT AS A PROFESSIONAL ATTORNEY RESPONDENT

REFUSES TO RESPOND TO PETITIONS AND MOTION, THEREFORE; IT IS RESPONDENT'S TRIAL STRATEDGY TO DEFAULT IN THIS CASE RATHER THAN RISK LOSING IT ON THE MERITS AND HAVING A PRECEDENCE FOR OTHERS TO LITIGATE AGAINST ILLINOIS' UNCONSTITUTIONAL CRIMINAL PROCEDURES.

6- RESPONDENT IS REPRESENTED BY THE ILLINOIS ATTORNEY GENERAL, WHOM UNDER LR 83.51.1 OF THE U.S. DISTRICT COURT MUST BE COMPETENT, HAVING KNOWLEDGE AND SKILL IN THE LAW., THEREFORE; DEFAULTING IN THE CASE AT BAR IS MERELY A TRIAL STRATEDGY, NOT A MISTAKE NOR UNINTENTIONAL ERROR.

7- PETITIONER SEEKS THE RELIEF REQUESTED IN HIS COMPLAINT, RELEASE FROM UNJUST INCARCERATION, IN ACCORDANCE WITH F.R.CIVP. 55.

8- FOR THE REASONS STATED ABOVE, AND IN THE INTERESTS OF JUSTICE PETITIONER PRAYS THIS HONORABLE COURT WILL KOLD A HEARING ON THE MOTIONS FILED, APPLY THE LAW AS EXPLAINED IN THE MOTIONS AND ENTER AN ORDER OF DEFAULT JUDGMENT IN FAVOR OF THE PETITIONER RELEASING HIM FROM THE CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS FORTHWITH.

RESPECTFULLY SUBMITTED,

_(signature)_  8 March 2007
PATRICK O'CONNOR PRO SE.   DATE
REG. NO. B-45832
P.O. BOX 1000
LINCOLN, IL. 62656

### AFFIDAVIT

I, PATRICK O'CONNOR AVER AND AFFIRM THAT ALL FACTS STATED IN THE ATTACHED MOTION AND MEMORANDUM OF LAW IN SUPPORT OF THE MOTION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_(signature)_   8 March 2007
PATRICK O'CONNOR   DATE

-4-

IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK O'CONNOR, <br> PETITIONER, | ) <br> ) <br> ) <br> ) |
| V. | ) CASE NO. 06-3229 <br> ) <br> ) |
| GREGORY P. FIRKUS, <br> ACTING WARDEN, <br> RESPONDENT, | ) THE HONORABLE RICHARD MILLS, <br> ) JUDGE PRESIDING. <br> ) <br> ) <br> ) |

<u>ORDER</u>

THIS MATTER HAVING COME BEFORE THE COURT, AND THE COURT BEING DULY ADVISED OF THE FACTS IT IS SO ORDERED THE THE RESPONDENTS BE HELD IN DEFAULT, THE CASE IS TERMINATED, AND THE PETITIONER RELEASED FROM CUSTODY EFFECTIVE IMMEDIATELY.

_____     _____

RICHARD MILLS JUDGE                  DATE


_____     _____

CLERK OF THE COURT                   DATE

## CERTIFICATE OF SERVICE

TO: CLERK OF THE COURT              TO: RUSSELL K. BENTON
151 U.S. COURTHOUSE                      ASSISTANT ATTORNEY GENERAL
600 E. MONROE ST.                        100 W. RANDOLPH ST. 12FLOOR
SPRINGFIELD, IL.                         CHICAGO, IL. 60601
62701

PLEASE TAKE NOTICE THAT ON THIS 8TH DAY OF March 2007, I FILED AN ORIGINAL AND TWO COPIES OF THE ATTACHED MOTION ON THE CLERK OF THE COURT AND ONE COPY OF THE ATTACHED MOTION ON THE PARTY LISTED ABOVE BY PLACING SAID COPIES IN ENVELOPES ADDRESSED AS ABOVE WITH PROPER U.S. POSTAGE AFFIXED, AND DEPOSITED SAID ENVELOPES IN THE CONTAINER FOR U.S. MAIL LOCATED AT THE LOGAN CORRECTIONAL CENTER, LINCOLN, ILLINOIS 62656.

_Patrick O'Connor_          _8 March 2007_
PATRICK O'CONNOR PRO SE      DATE
REG. NO. B-45832
P.O. BOX 1000
LINCOLN, IL. 62656


## AFFIDAVIT

I, PATRICK O'CONNOR, AVER AND AFFIRM THAT ALL FACTS STATED ABOVE ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_Patrick O'Connor_   _8 March 2007_
PATRICK O'CONNOR      DATE

-6-