E-FILED
Monday, 19 March, 2007 03:06:10 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 19 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA EX REL. )
PATRICK O'CONNOR, )
PETITIONER, )
)
)
V. ) CASE NO. 06-3229
)
) THE HONORABLE
GREGORY P. FIRKUS, ) RICHARD MILLS,
RESPONDENT, ) JUDGE PRESIDING.
)

MOTION TO RECONSIDER JUDGMENT

NOW COMES PETITIONER, PRO SE, PATRICK O'CONNOR, AND MOVES THIS HONORABLE COURT TO RECONSIDER THE ERRONEOUD JUDGMENT ENTERED BY THIS COURT ON 3/5/07, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 59. IN SUPPORT OF THIS MOTION PETITIONER STATES THE FOLLOWING:

1- THE JUDGMENT ENTERED IN THIS CASE IS CONTRARY TO CONSTITUTIONAL LAW, AND MUST BE REVERSED.

2- THE ERRONEOUS DECISION ENTERED IN THIS CASE DENIES THE PETITIONER OF HIS RIGHTS UNDER THE 4TH, 5TH, AND 14TH AMENDMENTS TO THE U.S. CONSTITUTION.

3- THIS DECISION IS INCONSISTANT WITH PREVIOUS DECISIONS ENTERED IN THIS CASE; AS PETITIONER'S UNSIGNED MOTION WAS STRICKEN BY THE COURT, CONVERSELY RESPONDENT'S UNSIGNED MOTION WAS GRANTED BY THE COURT IN VIOLATION OF THE EQUAL PROTECTION OF THE LAW CLAUSE OF THE 14TH AMENDMENT AND F.R.CIV. P. RULE7(b)(3). RULE 11(a) AND LOCAL RULE OF CIVIL PROCEDURE RULE 11.1.

4- PETITIONER'S PETITION CHALLENGED THE CONSTITUTIONALITY OF THE ILLINOIS CONSTITUTION, AN ISSUE FULLY EXHAUSTED BEFORE THE ILLINOIS SUPREME COURT, THEREFORE; TO DISMISS PETITIONER'S CASE AFTER CONSIDERING AN UNLAWFULLY SUBMITTED ARGUMENT IS NOT ONLY PREJUDICIAL, BUT ERROR.

5- RESPONDENT'S UNSIGNED REPLY VIOLATED LRCDIL. RULE 7.1(B)(1) BY BEING 17 PAGES LONGAND SUBMITTED AFTER THE 14 DAY TIME LIMIT FOR FILINGS REQUIRED BY THIS RULE.

6- THE COURT'S DECISION IS UNFAIR, AS IT BEARS NO EXPLANATION, AS TO WHY THIS COURT WOULD OPINE THAT PETITIONER'S COMPLAINT HAS MERIT, AGREEING THAT PETITIONER'S RIGHTS MORE LIKELY THAN NOT WERE VIOLATED BY HIS UNJUST ARREST

CONVICTION, AND INCARCERATION, THEN WITHOUT EXPLANATION REVERSE ITS OPINION AND DENY THE PETITIONER ANY CHANCE FOR JUSTICE OR PROTECTION FROM THE U.S. CONSTITUTION PETITIONER LOST HIS EYESIGHT DEFENDING. CLEARLY DISCRIMINATING AGAINST DISABLED AMERICAN VETERANS.

7- THE ENTRY OF THIS ORDER WAS EITHER INTENTIONALLY OR ACCIDENTLY DONE IN VIOLATION OF PETITIONER'S RIGHTS, AS THE ORDER WAS EFFECTIVE 2/15/07, YET ENTERED ON 3/5/07 AND NOT FILED UNTIL 3/7/07, AND NOT TRANSMITTED TO THE INCARCERATED PRO SE PETITIONER UNTIL 3/7/07, AND NOT RECEIVED BY THE PETITIONER UNTIL 3/10/07. VIOLATING F.R.CIV.P. RULE 77 (d) DEPRIVING PETITIONER OF FILING HIS MOTION IN A TIMELY FASHION WITHIN THE TIME ALLOWED BY THESE RULES.

8- THE ERRORS IN THE ORDER TRANSMITTED TO THE PETITIONER AND THE TIMING OF THE CLOSING OF THE CASE REFLECT THE FACT THAT JUDGMENT SHOULD HAVE BEEN ENTERED IN FAVOR OF THE PETITIONER FOR DEFAULT JUDGMENT.

9- BECAUSE THIS COURT'S ORDER DISMISSING PETITIONER'S HABEAS CORPUS COMPLAINT CLEARLY VIOLATES PETITIONER'S RIGHTS AS DESCRIBED ABOVE, AND BECAUSE IT IS FUNDAMENTALLY UNFAIR FOR A CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS TO BE MADE AWARE OF THE FACT THAT A DISABLED AMERICAN VETERAN UNEDUCATED IN THE LAW, LANGUISHES UNDER UNCONSTITUTIONAL DETENTION IN AN ILLINOIS PRISON, AND TAKES NO ACTION TO CORRECT THIS CRIME IS UNDER THE ILLINOIS COMPILED STATUTES GUILTY AND WHOLLY ACCOUNTABLE FOR THE FELONY OF UNLAWFUL RESTRAINT 720 ILCS5/5-2; 720 ILCS 5/10-3, AN UNACCEPTABLE CASE OF JUDICIAL MISCONDUCT. CLEARLY THE ENDS OF JUSTICE REQUIRE THIS HONORABLE COURT TO REVIEW THE DOCUMENTS LAWFULLY FILED IN THIS CASE, IN A FAIR LIGHT, APPLY EXISTING COURT RULES, NOTICE THAT A MERITORIOUS CLAIM OF UNJUST ARREST CONVICTION AND INCARCERATION IS PRESENTED TO THE COURT AS WELL AS THE ILLINOIS SUPREME COURT'S DECISION PROVING THE EXHAUSTION OF THIS CLAIM, AND THE DEFAULT BY THE RESPONDENT IN AN ATTEMPT TO FOLLOW THE PATTERN OF UNDUE DELAY COMPLAINED OF IN THE PETITION AND VACATE THE JUDGMENT DISMISSING THE CASE IN PLACE OF A JUDGMENT OF DEFAULT IN FAVOR OF THE PETITIONER OR IN THE ALTERNATIVE GRANT PETITIONER A NEW TRIAL.

RESPECTFULLY SUBMITTED,

14 MARCH 2007
DATE

*Patrick O'Connor* (signature)
PATRICK O'CONNOR PRO SE.