IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL., PATRICK O'CONNOR, PETITIONER, | ) ) ) ) ) |
| V. | ) CASE NO. 06-3229 ) |
| GREGORY P. FIRKUS, RESPONDENT, | ) THE HONORABLE ) RICHARD MILLS, ) JUDGE PRESIDING. ) |

FILED
MAR 1 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

<u>MEMORANDUM OF LAW IN SUPPORT OF MOTION TO RECONSIDER JUDGMENT</u>

   NOW COMES THE PETITIONER, PATRICK O'CONNOR, PRO SE AND ATTACHES THIS MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO RECONSIDER JUDGMENT PURSUANT TO LOCAL RULE OF THE CENTRAL DISTRICT OF ILLINOIS 7.1 IN SUPPORT THEREOF PETITIONER STATES:

1- THE FIFTH AMENDMENT TO THE UNITED STATES CONSTITUTION GAURANTEES PETITIONER, "NO PERSON SHALL BE HELD TO ANSWER FOR A CAPITOL OR OTHERWISE INFAMOUS CRIME, UNLESS ON PRESENTATION OR INDICTMENT OF GRAND JURY... NOR BE DEPRIVED OF LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS OF LAW." PETITIONER'S INDICTMENT WAS ENTERED IN VIOLATION OF THE U.S. CONSTITUTION, THE ORDER ENTERED BY THIS COURT IN THIS CASE DEPRIVES PETITIONER OF DUE PROCESS OF LAW, BY DENYING HIM THE RIGHT TO HAVE THIS COURT FAIRLY HEAR ALL ISSUES AND SETTLE THIS CONTROVERSY. THE 14TH AMENDMENT STATES,"NOR SHALL ANY STATE DEPRIVE ANY PERSON OF LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS OF LAW. THE 4TH AMENDMENT STATES"THE RIGHT OF THE PEOPLE TO BE SECURE IN THEIR PERSONS, HOUSES, AND EFFECTS AGAINST UNREASONABLE SEARCHES AND SEIZURES SHALL NOT BE VIOLATED." THIS COURT'S ORDER ALLOWS PETITIONER TO BE HELD IN VIOLATION OF HIS RIGHTS, BY DENYING HIM REDRESS FOR VIOLATIONS OF HIS RIGHTS, AS DEFINED IN HIS PETITION.

2- ON 27 OCTOBER 2006 THIS HONORABLE COURT FOUND PRTITIONER'S PETITION TO HAVE MERIT, THEREFORE; MORE LIKELY THAN NOT, PETITIONER'S CONSTITUTIONAL RIGHTS ARE BEING VIOLATED, YET ON 2/15/07 WITHOUT EXPLAINATION THIS COURT ORDERED PETITIONER'S PETITION TO BE DISMISSED, THEREBY GRANTING RESPONDENTS THE PERMISSION TO VIOLATE THE U.S. CONSTITUTION IN ANY MANNER A TYRANICAL RULER DEEMS FIT, SUBJECTING ALL U.S. CITIZENS TO THE WHIM OF OPPRESSIVE LEADERS, RENDERING THE CONSTITUTION MEANINGLESS AND USEFUL ONLY AS TOILET PAPER. CLEARLY THIS IS AN INCONSISTANT JUDGMENT AND MUST UPON REVIEW BE REVERSED.

3- F.R.CIV.P. RULE 7(b)(3) IS CONCERNED WITH PLEADINGS TO BE ALLOWED, (3)"EVERY

-3-

PLEADING, WRITTEN MOTION, AND OTHER PAPER SHALL BE SIGNED BY AT LEAST ONE ATTORNEY OF RECORD IN THE ATTORNEY'S INDIVIDUAL NAME." AND "UNSIGNED PAPERS SHALL BE STRICKEN." PETITIONER INADVERTANTLY SUBMITTED A MOTION WITH HIS NAME PRINTED ON IT, BUT UNSIGNED, THE MOTION WAS SWIFTLY STRICKEN BY THE COURT, HOWEVER; WHEN RESPONDENT'S ATTORNEY SUBMITTED AN UNSIGNED MOTION, THIS COURT, INSTEAD OF STRIKING IT IN ACCORDANCE WITH THESE RULES AND L.R.C.D. IL. RULE 11.1 "IN ADDITION TO THE SIGNATURE AND ADDRESS OF THE ATTORNEY..." IT GRANTED THEIR MOTION"NOR SHALL A STATE DEPRIVE ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAW" UNITED STATES CONSTITUTION 14TH AMENDMENT. TO ENFORCE THESE RULES UPON THE PROSE PETITIONER'S UNSIGNED MOTION, AND RELAX THEM ON THE RESPONDENT'S UNSIGNED MOTION USERPS THESE RULES AND THE U.S. CONSTUTION OF ANY MEANING NOR VALUE, GRANTING OPPRESSIVE GOVERNMENT OFFICIALS A BLANK CHECK TO IMPOSE ANY WHIM SEEN FIT AT THE TIME UPON ALL ITS CITIZENS INCLUDING THIS COURT.

4- F.R. CIV. P. RULE 77(d) REQUIRES, "IMMEDIATELY UPON THE ENTRY OF A JUDGMENT THE CLERK SHALL SERVE NOTICE OF THE ENTRY IN THE MANNER PROVIDED BY RULE 5(b) FOR THE SERVICE OF PAPERS." THE CASE WAS CLOSED 2/15/07, YET NOTICE WAS NOT CREATED UNTIL 3/7/07, DEPRIVING PETITIONER OF ANY CHANCE TO FILE A TIMELY MOTION TO RECONSIDER NOR A MOTION FOR A NEW TRIAL, DENYING PETITIONER DUE PROCESS AND EQUAL PROTECTION OF LAW. CONDEMNING A UNITED STATES CITIZEN TO UNJUST INCARCERATION IN VIOLATION OF EVERYTHING THE U.S. CONSTITUTION AND THESE RULES STAND FOR.

5- BASED ON THE FORGOING FACTS, THE ATTACHED AFFIDAVITS AND EXHIBITS INCORPORATING ALL PREVIOUS MEMORANDA AT LAW SUBMITTED BY PETITIONER, TO PROTECT THE INTEGRITY OF THE U.S. CONSTITUTION, AND TO PROTECT THE RIGHTS OF THE PETITIONER, PETITIONER PRAYS THIS HONORABLE COURT WILL RECONSIDER ITS ORDER DISMISSING PETITIONER'S PETITION IN FAVOR OF THE RESPONDENT. VACATE THAT ORDER, ENTER A PROPER DEFAULT JUDGMENT IN FAVOR OF THE PETITIONER, AND GRANT THE RELIEF REQUESTED BY THE PETITIONER.

6- THIS MEMORANDUM OF LAW MEETS THE REQUIREMENTS OF LRCDIL RULE 7.1(B)(2).

RESPECTFULLY SUBMITTED,

14 March 2007
DATE

*[signature]*
PATRICK O'CONNOR B-45832
P.O. BOX 1000
LINCOLN, IL. 62656

-5-

## CERTIFICATE OF SERVICE

TO CLERK OF THE COURT　　　　　　　　　　　　TO; RUSSELL K. BENTON
151 U.S. COURTHOUSE　　　　　　　　　　　　　ASSISTANT ATTORNEY GENERAL
600 E. MONROE ST.　　　　　　　　　　　　　　100 W. RANDOLPH 12 FL.
SPRINGFIELD, IL. 62701　　　　　　　　　　　CHICAGO, IL 60601

PLEASE TAKE NOTICE THAT ON THIS 14 DAY OF March 2007 I FILED AN ORIGINAL AND TWO COPIES OF THE ATTACHED MOTION ON THE CLERK OF THE COURT AND ONE COPY OF THE ATTACHED MOTION ON THE ASSISTANT ATTORNEY GENERAL BY PLACING SAID COPIES IN ENVELOPES ADDRESSED AS ABOVE WITH PROPER U.S. POSTAGE ATTACHED, AND PLACED SAID ENVELOPES IN THE CONTAINER FOR U.S. MAIL LOCATED AT THE LOGAN CORRECTIONAL CENTER IN LINCOLN, ILLINOIS 62656.

_____　　　　　14 March 2007
PATRICK O'CONNOR PRO SE　　　　　　　　　　DATE


## AFFIDAVIT

I, PATRICK O'CONNOR AVER AND AFFIRM THAT I HAVE READ THE FOREGOING MOTION AND ALL FACTS STATED THEREIN AND IN THE CERTIFICATE OF SERVICE ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_____　　　　　14 March 2007
PATRICK O'CONNOR B-45832　　　　　　　　　　DATE
P.O. BOX 1000
LINCOLN, ILLINOIS 62656

-5-

E-FILED
Friday, 27 October, 2006 04:19:20 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PATRICK O'CONNOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 06-3229 |
| | ) | |
| MICHAEL F. SHEAHAN, | ) | |
| | ) | |
| Respondent. | ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This is the initial consideration of the Petitioner's petition pursuant to Rule 4 of the Rules Governing § 2254 Cases.

After reviewing the petition, the Court finds that a summary dismissal is not warranted.

Therefore pursuant to Rule 4, the Court directs the Attorney General for the State of Illinois to respond to the Petitioner's petition. The response

1

shall discuss the merits and the procedural posture of the petition, <u>i.e.</u> whether the Petitioner has exhausted his state remedies and/or procedurally defaulted any of his claims. <u>See</u> Rule 5 of the Rules Governing § 2254 cases.

<u>Ergo</u>, the Attorney General for the State of Illinois is ORDERED to file by December 1, 2006 an answer, pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 cases, to the Petitioner's petition for a writ of habeas corpus.

ENTER: October 27, 2006

    FOR THE COURT:

                                                            s/Richard Mills
                                                      United States District Judge

## CONCLUSION

This Court should dismiss, and not stay, petitioner's habeas petition without prejudice. Should this Court stay the federal habeas petition, respondent requests an opportunity to address the merits and/or procedural defaults of the claims when that stay is lifted. And should this Court deny this motion to dismiss, respondent requests 30 days from entry of that order to file an answer to the habeas petition.

December 27, 2006                    Respectfully submitted,

                                     LISA MADIGAN
                                     Attorney General of Illinois

                              By:    s/ Colleen M. Griffin
                                     COLLEEN M. GRIFFIN, Bar #6198598
                                     Assistant Attorney General
                                     100 West Randolph Street, 12th Floor
                                     Chicago, Illinois 60601
                                     Telephone: (312) 814-4684
                                     Fax: (312) 814-2253
                                     E-mail: cgriffin@atg.state.il.us

12

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>PATRICK O'CONNOR, | ) ) ) | |
| Petitioner, | ) ) | No. 06 C 3229 |
| vs. | ) ) ) | The Honorable<br>Richard Mills, |
| GREG FIRKUS, Warden,<br>Logan Correctional Center, | ) ) ) | Judge Presiding. |
| Respondent. | ) | |

Certificate of Service

I hereby certify that on December 27, 2006, I electronically filed a motion to dismiss with the Clerk of Court using the CM/ECF system and I hereby certify that on January 5, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

Patrick O'Connor #B45832
Logan Correctional Center
1096 1350th Street
Lincoln, Illinois 62656

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

BY:  s/Colleen M. Griffin   *not a signature*
COLLEEN M. GRIFFIN
Atty. Reg. No. 6198598
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
cgriffin@atg.state.il.us