E-FILED
Friday, 23 March, 2007   03:53:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PATRICK O'CONNOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 06-3229 |
| | ) | |
| GREGORY P. FIRKUS, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

On February 15, 2007, the Court granted the Respondent's motion to dismiss and judgment was entered. The Petitioner has since filed an emergency motion for a hearing and a motion for reconsideration. The Court finds no basis to depart from its earlier ruling. <u>Ergo</u>, the Petitioner's emergency motion for a hearing [d/e 52] is DENIED. The Petitioner's motion for reconsideration [d/e 53] is DENIED. This case is closed.

ENTER: March 23, 2007

FOR THE COURT:

s/Richard Mills
United States District Judge