IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 04 April, 2007 12:32:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES OF AMERICA EX. REL. )
PATRICK O'CONNOR, )
PETITIONER, )
)
)
V. ) CASE NO. 06CV3229
)
)
GREGORY P. FIRKUS, )
ACTING WARDEN LOGAN C.C., )
RESPONDENT, )

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT PATRICK O'CONNOR, THE PETITIONER IN THE ABOVE NAMED CASE HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT FROM THE FINAL JUDGMENT ENTERED ON THE FIFTH DAY OF MARCH 2007, BUT NOT RECEIVED UNTIL 3/10/07 BY THE PETITIONER.

_____          1 April 2007
PATRICK O'CONNOR PRO SE          DATE
LOGAN CORRECTIONAL CENTER
P.O. BOX 1000
LINCOLN, IL. 62656