## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

E-FILED
Wednesday, 04 April, 2007  02:58:23 PM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District:                                    Docket No.:

Division:

### Plaintiff (Petitioner)Short CaptionDefendant (Respondent)

*v.*

----------------------------------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name:                                               Name:

Firm:                                               Firm:

Address:                                            Address:

Phone:                                              Phone:

----------------------------------------------------------------------------------------------------------------------------

Judge:                                       Nature of Suit Code:

Court Reporter:                              Date Filed in District Court:

                                             Date of Judgment:

                                             Date of Notice of Appeal:

Counsel:   ___Appointed        ___Retained    ___Pro Se

Fee Status:   ___Paid        ___Due        ___IFP        ___IFP Pending        ___U.S.        ___Waived

*(Please mark only 1 item above)*

*Has Docketing Statement been filed with the District Court's Clerk's Office:*        ___Yes        ___No

*If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability:* ___granted;___denied;___pending

*If certificate of appealability was granted or denied, what is the date of the order:* _____

*If Defendant is in Federal custody, please provide United States Marshal number (USM#):* _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**