IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PATRICK O'CONNOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 06-3229 |
| | ) | |
| GREGORY P. FIRKUS, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

In an Opinion and Order entered on February 15, 2007, the Court granted the Respondent's motion to dismiss Patrick O'Connor's petition under 28 U.S.C. § 2254 for failure to exhaust his available State court remedies, thus dismissing without prejudice his petition for a writ of habeas corpus. The Petitioner subsequently filed a notice of appeal, which the Court will construe as a motion for a certificate of appealability.

Pursuant to 28 U.S.C. § 2253(c)(1)(A) and Federal Rule of Appellate Procedure 22(b)(1), in order for an appeal to be taken to the court of

1

appeals, the court must issue a certificate of appealability authorizing the appeal of the denial of a post-conviction petition for a writ of habeas corpus. "A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court concludes that the Petitioner has made no such showing.

Ergo, the Petitioner's motion for the issuance of a certificate of appealability [d/e 56] is DENIED.

ENTER: June 13, 2007

                FOR THE COURT:

                              s/Richard Mills
                              United States District Judge