**E-FILED**
Friday, 13 July, 2007  09:32:01 AM
Clerk, U.S. District Court, ILCD



# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 10, 2007

*By the Court:*

| | |
|---|---|
| PATRICK O'CONNOR,<br>   Petitioner-Appellant,<br><br>No. 07-2426       v.<br><br>JENNIFER STOUDT, Warden,<br>   Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 06 C 3229<br>]<br>] Richard  Mills,<br>]       Judge. |

    Upon consideration of the **MOTION FOR EXTENSION OF TIME**, filed on July 5, 2007, by the pro se appellant,

    **IT IS ORDERED** that the motion is **GRANTED**. The appellant shall either pay the required appellate fees or file a motion to proceed on appeal in forma pauperis with the clerk of the district court by August 6, 2007.