**AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit**

Patrick O'Connor

v.   Case No. 072426

Jennifer Stoudt

) Appeal from the United States District Court for the
) Central District of Illinois
)
) District Court No. 06 C3229
)
) District Court Judge Richard Mills
)

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: *Patrick O'Con*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 7/27/07

**My issues on appeal are:**
1- Dismissal of Habeas Corpus was an abuse of discretion.
2- Dismissal violated Petitioner's Right to due Process of Law.
3- Petitioner's incarceration violates his 4th, 5th, 6th, 14 Amendment rights.

**1.** For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $15 | $none | $15 | $N/A |
| Self-employment | $0 | $N/A | $0 | $N/A |
| Income from real property (such as rental income) | $0 | $N/A | $0 | $N/A |
| Interest and dividends | $0 | $N/A | $0 | $N/A |
| Gifts | $40 | $N/A | $0 | $N/A |
| Alimony | $0 | $N/A | $0 | $N/A |
| Child support | $0 | $N/A | $0 | $N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $N/A | $0 | $N/A |
| Disability (such as social security, insurance payments) | $0 | $N/A | $0 | $N/A |
| Unemployment payments | $0 | $N/A | $0 | $N/A |
| Public-assistance (such as welfare) | $0 | $N/A | $0 | $N/A |
| Other (specify) NONE | $0 | $N/A | $0 | $N/A |
| **Total monthly income:** | $55 | $N/A | $15 | $N/A |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| CITY OF CHICAGO | 306 W. 37TH ST | 5/81 THRU 8/91 | 1600 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | 0 |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | | 0 | 0 |
| NONE | | 0 | 0 |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.* ( SEE ATTACHED )

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| NONE | 0 | Make & year: 0 |
| | | Model: NONE |
| | | Registration # |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: NONE | 0 | NONE 0 |
| Model: | | |
| Registration # | | |

2

**6. State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | 0 | N/A |
| N/A | 0 | N/A |
| N/A | 0 | N/A |

**7. State the persons who rely on you or your spouse for support.**

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | 0 |
| N/A | N/A | 0 |

**8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ 0 | $ 0 |
| Are real estate taxes included? [ ] Yes [ ]No  XX | | |
| Is property insurance included? [ ] Yes [X]No  XX | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 40 | $ 0 |
| Clothing | $ .50 | $ 0 |
| Laundry and dry-cleaning | $ 15 | $ 0 |
| Medical and dental expenses | $ 2 | $ 0 |
| Transportation (not including motor vehicle expenses | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ 0 |

3

| | | |
|---|---|---|
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor vehicle | $ 0 | $ 0 |
| Other: N/A | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): N/A | $ 0 | $ 0 |
| Department store (name): N/A | $ 0 | $ 0 |
| Other: N/A | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 |
| Total monthly expenses: | $ 57.50 | $ 0 |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [✓] No  If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [✓] No  If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____N/A_____

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [x] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

1- I have been unjustly incarcerated for the past 16 years, as the State of Illinois denies me due process of law to argue for my release. I lost 90% of my vision defending the Constitution of the United States, and therefore have no income at this time, but deserve fair access to the courts.

13. State the address of your legal residence.

Patrick O'Connor B-45832, Logan Correctional Center

P.O. Box 1000 Lincoln, Il. 62656

Your daytime phone number: (___) none

Your age: 46   Your years of schooling: 14

Your social-security number: _____

5

Date: 7/18/2007  
Time: 11:12am  
d_list_inmate_trans_statement_composite

# Logan Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 01/18/2007 thru End;   Inmate: B45832;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B45832 O'Conner, Patrick**          **Housing Unit: LOG-B -B -29**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 60.00 |
| 01/22/07 | Point of Sale | 60 Commissary | 022732 | 539042 | Commissary | -23.26 | 36.74 |
| 02/02/07 | Point of Sale | 60 Commissary | 033777 | 540504 | Commissary | -34.80 | 1.94 |
| 02/08/07 | Mail Room | 01 MO/Checks (Not Held) | 039243 | DS3004127 | Oconnor, Rita | 40.00 | 41.94 |
| 02/09/07 | Payroll | 20 Payroll Adjustment | 040154 | | P/R month of 01/2007 | 14.40 | 56.34 |
| 02/14/07 | Point of Sale | 60 Commissary | 045732 | 541714 | Commissary | -35.67 | 20.67 |
| 02/16/07 | Disbursements | 84 Library | 047350 | Chk #28483 | 84-077, DOC: 523 Fund Library, Inv. Date: 01/26/2007 | -1.40 | 19.27 |
| 02/27/07 | Point of Sale | 60 Commissary | 058732 | 543658 | Commissary | -14.70 | 4.57 |
| 03/09/07 | Payroll | 20 Payroll Adjustment | 068154 | | P/R month of 02/2007 | 14.40 | 18.97 |
| 03/09/07 | Mail Room | 01 MO/Checks (Not Held) | 068243 | DS3004180 | Oconnor, Rita | 40.00 | 58.97 |
| 03/16/07 | Disbursements | 81 Legal Postage | 075350 | Chk #28728 | 81-119, DOC: 523 Fund Inmate R, Inv. Date: 03/08/2007 | -1.11 | 57.86 |
| 03/16/07 | Disbursements | 80 Postage | 075350 | Chk #28728 | 80-510, DOC: 523 Fund Inmate R, Inv. Date: 03/15/2007 | -.63 | 57.23 |
| 03/16/07 | Disbursements | 80 Postage | 075350 | Chk #28728 | 80-466, DOC: 523 Fund Inmate R, Inv. Date: 02/22/2007 | -.24 | 56.99 |
| 03/16/07 | Disbursements | 80 Postage | 075350 | Chk #28728 | 80-466, DOC: 523 Fund Inmate R, Inv. Date: 02/22/2007 | -1.35 | 55.64 |
| 03/16/07 | Disbursements | 80 Postage | 075350 | Chk #28728 | 80-510, DOC: 523 Fund Inmate R, Inv. Date: 03/15/2007 | -1.59 | 54.05 |
| 03/16/07 | Disbursements | 84 Library | 075350 | Chk #28729 | 84-090, DOC: 523 Fund Library, Inv. Date: 03/09/2007 | -4.40 | 49.65 |
| 03/16/07 | Disbursements | 84 Library | 075350 | Chk #28729 | 84-085, DOC: 523 Fund Library, Inv. Date: 02/22/2007 | -2.80 | 46.85 |
| 03/20/07 | Point of Sale | 60 Commissary | 079777 | 546579 | Commissary | -23.86 | 22.99 |
| 04/02/07 | Point of Sale | 60 Commissary | 092749 | 547826 | Commissary | -17.20 | 5.79 |
| 04/10/07 | Mail Room | 01 MO/Checks (Not Held) | 100272 | 3004112 | Oconner, Rita | 40.00 | 45.79 |
| 04/11/07 | Payroll | 20 Payroll Adjustment | 101154 | | P/R month of 03/2007 | 15.00 | 60.79 |
| 04/12/07 | Point of Sale | 60 Commissary | 102777 | 549007 | Commissary | -14.75 | 46.04 |
| 04/17/07 | Disbursements | 84 Library | 107350 | Chk #29012 | 84-093, DOC: 523 Fund Library, Inv. Date: 03/16/2007 | -4.20 | 41.84 |
| 04/17/07 | Disbursements | 84 Library | 107350 | Chk #29012 | 84-098, DOC: 523 Fund Library, Inv. Date: 03/29/2007 | -1.20 | 40.64 |
| 04/17/07 | Disbursements | 80 Postage | 107350 | Chk #29013 | 80-550, DOC: 523 Fund Inmate R, Inv. Date: 04/03/2007 | -.24 | 40.40 |
| 04/17/07 | Disbursements | 81 Legal Postage | 107350 | Chk #29013 | 81-135, DOC: 523 Fund Inmate R, Inv. Date: 04/04/2007 | -.24 | 40.16 |
| 04/17/07 | Mail Room | 01 MO/Checks (Not Held) | 107272 | 05910877247 | Oconnor | 20.00 | 60.16 |
| 04/24/07 | Point of Sale | 60 Commissary | 114732 | 550733 | Commissary | -54.02 | 6.14 |
| 05/04/07 | Mail Room | 01 MO/Checks (Not Held) | 124259 | DS3004228 | Oconner, Rita | 40.00 | 46.14 |
| 05/08/07 | Payroll | 20 Payroll Adjustment | 128154 | | P/R month of 04/2007 | 15.00 | 61.14 |
| 05/17/07 | Disbursements | 84 Library | 137350 | Chk #29280 | 84-144, DOC: 523 Fund Library, Inv. Date: 04/26/2007 | -1.50 | 59.64 |
| 05/17/07 | Disbursements | 80 Postage | 137350 | Chk #29281 | 80-602, DOC: 523 Fund Inmate R, Inv. Date: 04/27/2007 | -.39 | 59.25 |
| 05/17/07 | Disbursements | 80 Postage | 137350 | Chk #29281 | 80-602, DOC: 523 Fund Inmate R, Inv. Date: 04/27/2007 | -.39 | 58.86 |
| 05/17/07 | Disbursements | 80 Postage | 137350 | Chk #29281 | 80-602, DOC: 523 Fund Inmate R, Inv. Date: 04/27/2007 | -.39 | 58.47 |
| 05/18/07 | Point of Sale | 60 Commissary | 138727 | 552432 | Commissary | -46.43 | 12.04 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 151243 | DS3004238 | O Connor, Rita | 20.00 | 32.04 |
| 06/07/07 | Mail Room | 01 MO/Checks (Not Held) | 158272 | 05910877236 | Oconnor, A L | 20.00 | 52.04 |
| 06/07/07 | Mail Room | 01 MO/Checks (Not Held) | 158272 | 3004287 | Oconnor, Rita | 40.00 | 92.04 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159154 | | P/R month of 05/2007 | 15.00 | 107.04 |

Date: 7/18/2007
Time: 11:12am
d_list_inmate_trans_statement_composite

## Logan Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 01/18/2007 thru End;   Inmate: B45832;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B45832 O'Conner, Patrick**   **Housing Unit: LOG-B -B -29**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/13/07 | Point of Sale | 60 Commissary | 164747 | 554243 | Commissary | -64.04 | 43.00 |
| 06/15/07 | Disbursements | 80 Postage | 166350 | Chk #29540 | 80-714, DOC: 523 Fund Inmate R, Inv. Date: 06/14/2007 | -.41 | 42.59 |
| 06/15/07 | Disbursements | 90 Medical Co-Pay | 166350 | Chk #29540 | 90-205, DOC: 523 Fund Inmate R, Inv. Date: 06/07/2007 | -2.00 | 40.59 |
| 06/15/07 | AP Correction | 90 Medical Co-Pay | 166550 | Chk #29540 Voided | 90-205 - DOC: 523 Fund Inmate | 2.00 | 42.59 |
| 06/15/07 | AP Correction | 80 Postage | 166550 | Chk #29540 Voided | 80-714 - DOC: 523 Fund Inmate | .41 | 43.00 |
| 06/15/07 | Disbursements | 80 Postage | 166350 | Chk #29542 | 80-714, DOC: 523 Fund Inmate R, Inv. Date: 06/14/2007 | -.41 | 42.59 |
| 06/15/07 | Disbursements | 90 Medical Co-Pay | 166350 | Chk #29542 | 90-205, DOC: 523 Fund Inmate R, Inv. Date: 06/07/2007 | -2.00 | 40.59 |
| 06/19/07 | Disbursements | 88 FWD FDS | 170350 | Chk #29569 | 89-9849, UNIVERSAL LIFE CHURCH,   Inv. Date: 06/19/2007 | -20.00 | 20.59 |
| 07/03/07 | Point of Sale | 60 Commissary | 184777 | 556033 | Commissary | -11.99 | 8.60 |
| 07/10/07 | Payroll | 20 Payroll Adjustment | 191154 | | P/R month of 06/2007 | 15.00 | 23.60 |
| 07/11/07 | Mail Room | 01 MO/Checks (Not Held) | 192243 | DS3004309 | Oconnor, Rita | 40.00 | 63.60 |
| 07/16/07 | Point of Sale | 60 Commissary | 197747 | 557467 | Commissary | -15.98 | 47.62 |
| 07/17/07 | Disbursements | 80 Postage | 198350 | Chk #29815 | 80-001, DOC: 523 Fund Inmate R, Inv. Date: 07/02/2007 | -.17 | 47.45 |
| 07/17/07 | Disbursements | 80 Postage | 198350 | Chk #29815 | 80-003, DOC: 523 Fund Inmate R, Inv. Date: 07/02/2007 | -.17 | 47.28 |
| 07/17/07 | Disbursements | 80 Postage | 198350 | Chk #29815 | 80-006, DOC: 523 Fund Inmate R, Inv. Date: 07/05/2007 | -.41 | 46.87 |
| 07/17/07 | Disbursements | 80 Postage | 198350 | Chk #29815 | 80-026, DOC: 523 Fund Inmate R, Inv. Date: 07/16/2007 | -.17 | 46.70 |
| 07/17/07 | Disbursements | 80 Postage | 198350 | Chk #29815 | 80-026, DOC: 523 Fund Inmate R, Inv. Date: 07/16/2007 | -1.99 | 44.71 |
| 07/17/07 | Disbursements | 80 Postage | 198350 | Chk #29815 | 80-006, DOC: 523 Fund Inmate R, Inv. Date: 07/05/2007 | -.41 | 44.30 |
| 07/17/07 | Disbursements | 84 Library | 198350 | Chk #29816 | 84-003, DOC: 523 Fund Library, Inv. Date: 07/06/2007 | -2.50 | 41.80 |
| 07/17/07 | Disbursements | 84 Library | 198350 | Chk #29816 | 84-144, DOC: 523 Fund Library, Inv. Date: 06/28/2007 | -6.10 | 35.70 |

| | |
|---|---|
| Total Inmate Funds: | 35.70 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 35.70 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

OCONNOR
B45832

JUL 1 8 2007

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____

_Patrick O'Connor_
Signature of Applicant

_PATRICK O'CONNOR B-45832_
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

---

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _O'CONNOR, P._, I.D.# _B45832_, has the sum of $ _35.70_ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.
(Add all deposits from all sources and then <u>divide</u> by number of months).

_7/18/07_
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER

_SALLY FLESHMAN_
(Print name)

rev. 7/18/02