# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

August 2, 2007

By the Court:

| | |
|---|---|
| PATRICK O'CONNOR,<br>    Petitioner-Appellant,<br><br>No. 07-2426          v.<br><br>JENNIFER STOUDT, Warden,<br>    Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 06 C 3229<br>]<br>] Richard Mills,<br>]    Judge. |

## ORDER

The following is before the court:

1. **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on August 1, 2007, by the pro se appellant.

The pro se appellant has erroneously filed the motion for leave to appeal in forma pauperis in this court. The pro se appellant should have filed the motion in the district court in the first instance. Accordingly,

**IT IS ORDERED** that the clerk of this court transfer #1 to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the in forma pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24.