IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PATRICK O'CONNOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | No. 06-3229 |
| ) | |
| JENNIFER STOUDT[1], ) | |
| ) | |
| Respondent. ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

In an Opinion and Order entered on February 15, 2007, the Court granted the Respondent's motion to dismiss Patrick O'Connor's petition under 28 U.S.C. § 2254 for failure to exhaust his available State court remedies, thus dismissing without prejudice his petition for a writ of habeas corpus. The Court subsequently denied the Petitioner's motion for a

---

[1] Jennifer Stoudt is the Warden at Logan Correctional Center, where the Petitioner is incarcerated. The state officer having custody of the petitioner is the proper respondent in section 2254 cases. See Rule 2(a) of the Rules Governing § 2254 Cases in the United States District Courts; Fed. R. Civ. P. 25(d)(i); Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004) (citing Hogan v. Hanks, 97 F.3d 189, 190 (7th Cir. 1996)). As such, the Clerk is Directed to substitute Jennifer Stoudt as the respondent herein.

certificate of appealability.  Pending now is the Petitioner's motion for leave to proceed in forma pauperis on appeal.

The Court believes that any issues Petitioner might raise on appeal are sufficiently lacking in merit to warrant denying leave to proceed on appeal in forma pauperis.  Having determined that an appeal would not be taken in good faith, the Court will DENY the Petitioner's motion.

Ergo, the Petitioner's motion for leave to proceed on appeal in forma pauperis [d/e 63] is DENIED.

ENTER: August 21, 2007

FOR THE COURT:

s/Richard Mills
United States District Judge