E-FILED
Wednesday, 22 August, 2007 09:53:41 AM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

RE: O'Connor v. Sheahan, et al.
D. C. Docket No. 06-3229
U. S. C. A. Docket No. 07-2426

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

1  Volumes of Pleadings


    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

    Very truly yours,

    JOHN M. WATERS, CLERK


    BY:___s/Christy Taylor_____
        Deputy Clerk

oconnor.wpd

# U.S. District Court
# United States District Court for the Central District of Illinois (Springfield)
## CIVIL DOCKET FOR CASE #: 3:06-cv-03229-RM
*Internal Use Only*

| | |
|---|---|
| O'Connor v. Sheahan et al | Date Filed: 10/06/2006 |
| Assigned to: Judge Richard Mills | Date Terminated: 02/15/2007 |
| Case in other court: 7th Circuit Court of Appeals, 07-02426 | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Patrick O'Connor**
*United States of America ex rel*

represented by **Patrick O'Connor**
B45832
LOGAN
Logan Correctional Center
Inmate Mail/Parcels
RR 3, Box 1000
Lincoln, IL 62656
217-735-5581
PRO SE

V.

**Respondent**

**Michael F Sheahan**
*Warden*

represented by **Colleen M Griffin**
ILLINOIS ATTORNEY GENERAL
12th Floor
100 W Randolph St
Chicago, IL 60601
312-814-4684
Fax: 312-814-5166
Email: cgriffin@atg.state.il.us
*TERMINATED: 02/15/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of Illinois**

**Respondent**

**Gregory P Firjus**

represented by **Russell K Benton**
ILLINOIS ATTORNEY GENERAL
12th Floor
100 W Randolph St
Chicago, IL 60601

1

```
312-814-2113
Fax: 312-814-5166
Email: rbenton@atg.state.il.us
```
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colleen M Griffin**
(See above for address)
*TERMINATED: 02/15/2007*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2005 | 1 | PETITION for Writ of Habeas Corpus (2254), filed by Patrick O'Connor (in Northern District of Illinois) (MAS, ilcd) (Entered: 10/12/2006) |
| 08/24/2005 | 2 | Civil Cover sheet (filed in Northern District of Illinois). (MAS, ilcd) (Entered: 10/12/2006) |
| 08/24/2005 | 3 | Filing fee of $ 5.00 paid; receipt number 10329677. (MAS, ilcd) Additional attachment(copy of receipt) added on 10/12/2006. Modified on 10/12/2006 to correct document #. (MAS, ilcd). (Entered: 10/12/2006) |
| 10/06/2006 | 35 | Case transferred in from the Northern District of Illinois; Case Number 05-4880. Original file with documents numbered 1-3, certified copy of transfer order and docket sheet received reference Petition for Writ of Habeas Corpus (2254) filed by Patrick O'Connor.(MAS, ilcd) (Entered: 10/12/2006) |
| 10/12/2006 | 36 | Letter from the Clerk to Colleen M Griffin, Illinois Attorney General's Office, 100 W Randolph Street, 12th Floor, Chicago, IL notifying her of the new case # assigned to this case in the Central District (MAS, ilcd) Additional attachment(s) added on 10/12/2006 (MAS, ilcd). (Entered: 10/12/2006) |
| 10/12/2006 | 37 | Letter from Clerk to Chief of Criminal Appeals, Attorney General's Office, 100 W. Randolph, 12th Floor, Chicago, IL notifying this office of the new case # assigned in the Central District (MAS, ilcd) (Entered: 10/12/2006) |
| 10/27/2006 | 38 | OPINION re 1 PETITION for Writ of Habeas Corpus filed by Patrick O'Connor. Entered by Judge Richard Mills on 10/27/2006. (CT, ilcd) (Entered: 10/27/2006) |
| 11/13/2006 | 40 | MOTION for Leave to File Amended Habeas Corpus Petition by Petitioner Patrick O'Connor.Responses due by 11/27/2006 (CT, ilcd) (Entered: 11/16/2006) |
| 11/15/2006 | 39 | MOTION for Extension of Time to File Answer *to habeas corpus complaint* by Respondent Michael F Sheahan.Responses due by 11/29/2006 (Griffin, Colleen) (Entered: 11/15/2006) |
| 11/28/2006 | 41 | ORDER granting 39 Motion for Extension of Time to Answer re 40 and MOTION for Leave to File, 39 . Entered by Judge Richard Mills on 11/28/2006. (CT, ilcd) (Entered: 11/28/2006) |
| 11/28/2006 | 42 | AMENDED COMPLAINT against Gregory P Firjus, Michael F Sheahan, Attorney General of the State of Illinois, filed by Patrick O'Connor.(CT, ilcd) (Entered: 11/29/2006) |

2

| 12/27/2006 | 43 | MOTION to Dismiss *for failure to exhaust* by Respondent Gregory P Firjus.Responses due by 1/10/2007 (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14)(Griffin, Colleen) (Entered: 12/27/2006) |
| --- | --- | --- |
| 12/28/2006 | 44 | RULE 56 NOTICE mailed to plaintiff re 43 MOTION to Dismiss *for failure to exhaust* (BH, ilcd) (Entered: 12/28/2006) |
| 01/09/2007 | 45 | MOTION to Appoint Counsel by Petitioner Patrick O'Connor.Responses due by 1/23/2007 (CT, ilcd) (Entered: 01/09/2007) |
| 01/09/2007 | 46 | MEMORANDUM in Opposition re 43 MOTION to Dismiss *for failure to exhaust* filed by Petitioner Patrick O'Connor. (CT, ilcd) (Entered: 01/09/2007) |
| 02/01/2007 | 47 | NOTICE of Appearance of Attorney by Russell K Benton on behalf of Gregory P Firjus (Benton, Russell) (Entered: 02/01/2007) |
| 02/01/2007 | 48 | First MOTION to Substitute Attorney, Colleen M. Griffin to be replaced by Russell K. Benton, by Respondent Gregory P Firjus.Responses due by 2/20/2007 (Benton, Russell) (Entered: 02/01/2007) |
| 02/15/2007 | 49 | OPINION granting 43 Motion to Dismiss; denying 45 Motion to Appoint Counsel ; granting 48 Motion to Substitute Attorney. Attorney Colleen M Griffin terminated; dismissing 1 Petition for Writ of Habeas Corpus (2241 &2254). Entered by Judge Richard Mills on 2/14/2007. (CT, ilcd) (Entered: 02/15/2007) |
| 02/15/2007 | 50 | JUDGMENT in favor of Attorney General of the State of Illinois, Gregory P Firjus, Michael F Sheahan against Patrick O'Connor (CT, ilcd) (Entered: 02/15/2007) |
| 02/26/2007 | 51 | MOTION for Default Judgment in Favor of the Petitioner and Memorandum of Law in Support by Petitioner Patrick O'Connor. Responses due by 3/15/2007 (CC, ilcd) (Entered: 02/28/2007) |
| 03/05/2007 |  | TEXT ORDER: On February 15, 2007, following the Court's dismissal of the Petitioner's petition for a writ of habeas corpus under 28 U.S.C. Section 2254, judgment was entered in favor of the Respondent. Accordingly, the Petitioner's motion for a default judgment [d/e 51] is DENIED. Entered by Judge Richard Mills on 3/5/2007. (MAS, ilcd) (Entered: 03/07/2007) |
| 03/12/2007 | 52 | EMERGENCY MOTION for Hearing by Petitioner Patrick O'Connor.Responses due by 3/29/2007 (CT, ilcd) (Entered: 03/12/2007) |
| 03/19/2007 | 53 | MOTION for Reconsideration re 50 Judgment by Petitioner Patrick O'Connor.Responses due by 4/5/2007 (BH, ilcd) (Entered: 03/19/2007) |
| 03/19/2007 | 54 | MEMORANDUM in Support of document 53 MOTION for Reconsideration re document 50 Judgment filed by Petitioner Patrick O'Connor. (BH, ilcd) (Entered: 03/19/2007) |
| 03/23/2007 | 55 | OPINION. The Petitioner's emergency motion for a hearing 52 is DENIED. The Petitioner's motion for reconsideration 53 is DENIED. This case is closed. Entered by Judge Richard Mills on 3/23/07. (CC, ilcd) (Entered: 03/23/2007) |
| 04/04/2007 | 56 | NOTICE OF APPEAL as to 50 Judgment by Patrick O'Connor. (CT, ilcd) (Entered: 04/04/2007) |

3

| | | |
|---|---|---|
| 04/04/2007 | 57 | Short Record of Appeal Sent to US Court of Appeals re 56 Notice of Appeal (CT, ilcd) (Entered: 04/04/2007) |
| 04/10/2007 | 58 | Letter from Patrick O'Connor requesting clarification. (CT, ilcd) (Entered: 04/10/2007) |
| 06/14/2007 | 59 | OPINION. The Petitioner's motion for the issuance of a certificate of appealability 56 is DENIED. Entered by Judge Richard Mills on 6/13/07. (copy mailed to USCA) (CC, ilcd) (Entered: 06/14/2007) |
| 06/19/2007 | 60 | NOTICE of Docketing Record on Appeal from USCA re 56 Notice of Appeal filed by Patrick O'Connor. USCA Case Number 07-2426 (CT, ilcd) (Entered: 06/20/2007) |
| 06/20/2007 | 61 | ORDER of USCA as to 56 Notice of Appeal filed by Patrick O'Connor — Rule 3(b) order regarding fees. (CT, ilcd) (Entered: 06/20/2007) |
| 07/12/2007 | 62 | ORDER of USCA as to 56 Notice of Appeal filed by Patrick O'Connor, granting appellant's motion for extension of time (CC, ilcd) (Entered: 07/13/2007) |
| 08/06/2007 | 63 | MOTION for Leave to Proceed in forma pauperis by Petitioner Patrick O'Connor. Responses due by 8/23/2007 (CT, ilcd) (Entered: 08/06/2007) |
| 08/06/2007 | 64 | ORDER of USCA as to 56 Notice of Appeal filed by Patrick O'Connor Directing that Petitioner's file his IFP with the District Court. (CT, ilcd) (Entered: 08/06/2007) |
| 08/22/2007 | 65 | ORDER denying 63 Motion for Leave to Proceed in forma pauperis. Entered by Judge Richard Mills on 8/21/2007. (CT, ilcd) (Entered: 08/22/2007) |