E-FILED
Thursday, 06 September, 2007  10:06:18 AM
Clerk, U.S. District Court, ILCD

CERTIFIED COPY

# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois  60604

August 8, 2007

**Before**

**Hon. William J. Bauer**, *Circuit Judge*
**Hon. Diane P. Wood**, *Circuit Judge*
**Hon. Diane S. Sykes**, *Circuit Judge*

| | |
|---|---|
| PATRICK O'CONNOR,<br>     Petitioner-Appellant,<br><br>No. 07-2426      v.<br><br>JENNIFER STOUDT, Warden,<br>     Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 06 C 3229<br>]<br>] Richard  Mills, Judge. |

O R D E R

    On consideration of the papers filed in this appeal and review of the short record,

    IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

    Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a civil case be filed in the district court within 30 days of the entry of the judgment or order appealed.  In this case judgment was entered on February 15, 2007, and the notice of appeal (dated April 1, 2007) was filed on April 4, 2007, at least 13 days late.  See Fed. R. App. P. 4(c) (prison mailbox rule).  The district court has not granted an extension of the appeal period, see Rule 4(a)(5), and this court is not empowered to do so, see Fed. R. App. P. 26(b).

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit